SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SASCHA HENRY, Cal. Bar No. 191914
shenry@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ABBY H. MEYER, Cal. Bar No. 294947
ameyer@sheppardmullin.com
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendant Younique, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>YOUNIQUE, LLC<br><br>    Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>**STIPULATION EXTENDING TIME TO FILE MOTION FOR CLASS CERTIFICATION PER L.R. 23-3 AND EXTENDING TIME TO FILE MOTION TO DISMISS**<br><br>The Hon. James V. Selna<br>Santa Ana, Courtroom 10C<br><br>Complaint filed: August 14, 2017<br>Trial Date: None Set |

## **STIPULATION**

Whereas, Plaintiff Megan Schmitt personally served her Class Action Complaint on August 17, 2017;

1    Whereas, pursuant to Local Rule 7.3 and the Court's Initial Order Following
2 Filing of Complaint Assigned to Judge Selna [Dkt. No. 37], the parties met and
3 conferred regarding a proposed motion to dismiss;

4    Whereas, consistent with the Stipulation filed on September 26, 2017 [Dkt.
5 39], Plaintiff Schmitt and three additional named plaintiffs filed their First Amended
6 Class Action Complaint on October 13, 2017;

7    Whereas, pursuant to Local Rule 7-3 and the Court's Initial Order, the parties
8 have met and conferred regarding the First Amended Class Action Complaint, and
9 Defendant will be filing a motion to dismiss same;

10    Whereas, Local Rule 23-3 requires Plaintiffs to file a motion for certification
11 that the instant action is maintainable as a class action within 90 days of service of
12 the original complaint;

13    Whereas, the Court has granted two previous extensions, although the first
14 was granted prior to the parties being able to meet and confer on the original class
15 action complaint, and the second arose from the parties' meet and confer and
16 Plaintiff's agreement to amend the original class action complaint;

17    Whereas, the mutual extensions are requested so that the parties can complete
18 their briefing;

19    Based on these facts, the parties hereby stipulate and request that the Court
20 allow Defendant a three-week extension to file its motion to dismiss (i.e., extending
21 the due date from November 3, 3017, to November 24, 2017); and allow Plaintiffs a
22 commensurate extension for their opposition.  The parties further hereby stipulate
23 and request that the time frame for Plaintiffs to move for class certification under
24 L.R. 23-3 be extended, with the new date to be set by the Court in its Rule 16
25 Scheduling Order.

Dated: November 2, 2017

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Sascha Henry*
        SASCHA HENRY
        ABBY H. MEYER
Attorneys for Defendant Younique, LLC

Dated: November 2, 2017

THE SULTZER LAW GROUP P.C.

By     */s/ Adam Gonnelli*
        ADAM GONNELLI
        Attorneys for Plaintiffs

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Executed this 2nd day of November 2017 at Los Angeles, California.

    */s/ Sascha Henry*
        SASCHA HENRY