1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   SASCHA HENRY, Cal. Bar No. 191914
3  shenry@sheppardmullin.com
   333 South Hope Street, 43rd Floor
4  Los Angeles, CA 90071-1422
   Telephone:  213.620.1780
5  Facsimile:   213.620.1398

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
7     Including Professional Corporations
   ABBY H. MEYER, Cal. Bar No. 294947
8  ameyer@sheppardmullin.com
   650 Town Center Drive, Fourth Floor
9  Costa Mesa, CA 92626-1993
   Telephone:  714.513.5100
10 Facsimile:   714.513.5130

11 Attorneys for Defendant Younique, LLC

12                 UNITED STATES DISTRICT COURT

13       CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

14

15

16 MEGAN SCHMITT, DEANA                Case No. 8:17-cv-01397-JVS-JDE
   REILLY, CAROL ORLOWSKY, and
   STEPHANIE MILLER BRUN,              **ORDER GRANTING**
17 individually and on behalf of       **STIPULATION EXTENDING TIME**
   themselves and all others similarly **TO FILE MOTION FOR CLASS**
18 situated,                           **CERTIFICATION PER L.R. 23-3**
                                       **AND EXTENDING TIME TO FILE**
19          Plaintiffs,                **MOTION TO DISMISS**

20       v.                            The Hon. James V. Selna
                                       Santa Ana, Courtroom 10C
21 YOUNIQUE, LLC
                                       Complaint filed:  August 14, 2017
22          Defendant.                 Trial Date:          None Set

23

24

25

26

27

28

-1-

## <u>ORDER</u>

Whereas the Court, having read and considered the Stipulation Extending Time To File Motion For Class Certification Per L.R. 23-3 And Extending Time To File Motion To Dismiss, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Stipulation Extending Time To File Motion For Class Certification Per L.R. 23-3 And Extending Time To File Motion To Dismiss is **GRANTED**.  Defendant Younique, LLC will have until November 24, 2017, to file its motion to dismiss and Plaintiffs shall have a commensurate extension to file their opposition.  Plaintiffs' time to move for class certification under L.R. 23-3 be extended, with the new date to be set by the Court in its Rule 16 Scheduling Order.

Dated:  November 08, 2017

Hon. James V. Selna
UNITED STATES DISTRICT JUDGE

SMRH:484613260.1                    [PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME