UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:17–cv–01397–JVS–JDE | Date | December 11, 2017 |
| Title | MEGAN SCHMITT V. YOUNIQUE LLC ET AL | | |

| Present: | The Honorable | James V. Selna, U. S. District Judge |
|---|---|---|

| Karla Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Adam Gonnelli | Sascha Henry |
| Alison Bernal | Abby Hess Meyer |

**Proceedings:**     **Scheduling Conference**

  Cause called and counsel make their appearances. The Court and counsel confer. The Court extends the time for plaintiff to file the amended complaint to January 4, 2018.

  The Court sets the last day to further move to amend pleadings for May 7, 2018. The Court directs plaintiff to file their class certification motion not later than June 1, 2018, with a hearing date of August 20, 2018 at 1:30 p.m. Counsel shall meet, confer and submit a stipulated briefing schedule for the Courts approval.

  Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16–15 is private mediation. The Court orders that any settlement discussions shall be completed not later than June 29, 2018. Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

:08

Initials of Preparer: kt