**SACV 17-01397 JVS(JDEx): Megan Schmit v. Younique LLC, et al.**

**Jury Trial**                          **February 19, 2019 at 8:30 a.m.**
    File Findings of Fact and Conclusions of Law by February 12, 2019

**Final PreTrial Conference**           **February 4, 2019 at 11:00 a.m.**
    File PreTrial Documents not later than January 29, 2019
    File motions in limine not later than January 7, 2019

**Discovery Cut-off**                   **June 1, 2018**

**Expert Discovery Cut-off**            **December 15, 2018**
    Initial disclosure of Experts not later than August 1, 2018
    Rebuttal disclosure of Experts not later than October 1, 2018

**Law and Motion Cut-off**              **January 7, 2019 at 1:30 p.m.**
    Motions to be filed and served not later than December 4, 2018