# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>YOUNIQUE, LLC,<br><br>        Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>The Hon. James V. Selna,<br>Santa Ana, Courtroom 10C<br><br>Complaint Filed: 8/17/17<br>Trial Date: February 19, 2019 |

## [PROPOSED] ORDER

The Court, having considered the parties' stipulation and, and finding good cause to modify the scheduling order, hereby orders:

The following dates and deadlines previously ordered by the Court on December 11, 2017 (minute order, Dkt. 56 & 56-1), and December 12, 2017 (Order on Jury Trial, Dkt. 57) are vacated, and shall be modified as follows:

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Last day to schedule to commence the depositions of Plaintiffs Megan Schmitt, Deana Reilly, Carol Orlowsky and Stephanie Miller Brun and third-party Lori DeBell, and Rule 30(b)(6) deposition of Defendant Younique, LLC | May 24, 2018 | **July 30, 2018** |
| Last date for Plaintiffs to file motion for class certification | June 1, 2018 | **August 1, 2018** |

-1-

[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER

| Case Management Event: | Prior-Operative Date-Deadline: | NEW Date-Deadline: |
|---|---|---|
| Last date to complete private mediation | June 29, 2018 | **August 31, 2018** |
| Last date for Defendant to file opposition to motion for class certification | TBD | **September 21, 2018** |
| Last date for Plaintiffs to file reply in support of motion for class certification | TBD | **October 5, 2018** |
| Hearing on Plaintiffs' motion for class certification | August 20, 2018, at 1:30 p.m. | **October 15, 2018, at 1:30 p.m.** |

Except as otherwise stated herein, the other dates and deadlines in the December 11, 2017 Minute Order (Dkt. 56 & 56-1) and Order re: Jury Trial (Dkt. 57) shall continue to apply.

IT IS SO ORDERED.

Dated: _____, 2018

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE