**NYE, PEABODY, STIRLING, HALE & MILLER, LLP**
Jonathan D. Miller (CA 220848)
Alison M. Bernal (CA 264629)
Jonathan@nps-law.com
33 West Mission St., Suite 201
Telephone: (805) 963-2345
Facsimile: (805) 563-5385

**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com
1350 Columbia Street, Ste. 603
Telephone: (619) 762-1900
Facsimile: (619) 756-6991

*Attorneys for Plaintiffs and the Class*
*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUNIQUE, LLC,<br><br>Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER ON JURY TRIAL**<br><br>The Hon. James V. Selna<br>Santa Ana, Courtroom 10C<br><br>Complaint Filed: 8/17/17<br>Trial Date: 2/19/19 |

## I.    INTRODUCTION

The Parties to this action, through their undersigned counsel, submit the following stipulation to modify the scheduling order entered by this Court on

-1-

STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER ON JURY TRIAL

December 11, 2017 (Dkt. 56 & 56-1) and the Order re: Jury Trial (Dkt. 57). The Parties are requesting this extension in order to permit the parties to continue discovery and schedule and complete certain out-of-state depositions, followed by a good faith effort at private mediation.

The Parties submit this request to promote orderly case management. For the following reasons, the Parties respectfully request this Court enter an order consistent with the Parties' stipulation.

**II.   RECITALS**

1.   Whereas, Plaintiff Megan Schmitt personally served her Class Action Complaint on August 17, 2017;

2.   Whereas, consistent with the Stipulation filed on September 26, 2017 [Dkt. 39], Plaintiff Schmitt and three additional named Plaintiffs filed their First Amended Class Action Complaint on October 13, 2017;

3.   Whereas the Court held a status conference on December 11, 2017, where the Court set the following dates:

    Last date to file motion for class certification – June 1, 2018

    Last date to complete private mediation – June 29, 2018

    Initial Disclosure of Experts Not Later Than – August 1, 2018

    Hearing on Plaintiffs' motion for class certification – August 20, 2018

    Rebuttal Disclosure of Experts Not Later Than – October 1, 2018

    Expert Discovery Cut-Off – December 15, 2018

    Law and Motion Cut-Off – January 7, 2019 (with motions to be filed and served not later than December 4, 2018) (Dkt. 56 & 56-1);

4.   Whereas following the status conference, the Court entered an Order for Jury Trial Setting the following dates:

    Discovery cut-off – June 1, 2018

    Pre-trial conference – February 4, 2019, at 11:00 a.m.

1  Jury Trial – February 19, 2019, at 8:30 a.m.

2  5. Whereas the Parties have worked diligently to exchange and respond to
3  written discovery;

4  6. Whereas, on April 18, 2018, Defendant Younique, LLC served
5  deposition notices to take the depositions of Plaintiffs Megan Schmitt, Deana Reilly,
6  Carol Orlowsky and Stephanie Miller Brun on May 1, 2018 and May 7, 2018, May
7  8, 2018 and May 9, 2018, respectively;

8  7. Whereas, on April 27, 2018, Plaintiffs' counsel served objections to the
9  deposition notices asserting that the Plaintiffs' depositions could not go forward due
10 to unavailability of Plaintiffs and their counsel;

11 8. Whereas the Parties are currently working with each other on a
12 deposition schedule for Plaintiffs' depositions and a third-party deposition (Lori
13 DeBell) that takes into account all counsels' travel and trial calendars, given that
14 several Plaintiffs and the third-party deponent reside out of state;

15 9. Whereas the Parties respectfully request additional time to allow them
16 to continue working together to complete fact discovery and thereafter attend a
17 meaningful private mediation, as previously ordered by this Court.

18 10. In light of the foregoing, the parties stipulate that there is GOOD
19 CAUSE to continue certain case management deadlines and the parties mutually
20 seek an Order from the Court modifying the case managements schedule as follows:

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Last day to schedule to commence the depositions of Plaintiffs Megan Schmitt, Deana Reilly, Carol Orlowsky and Stephanie Miller Brun and third-party Lori DeBell, and Rule 30(b)(6) deposition of Defendant Younique, LLC | May 24, 2018 | **July 30, 2018** |

-3-

STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER ON JURY TRIAL

| Case Management Event: | Prior-Operative Date-Deadline: | NEW Date-Deadline: |
|---|---|---|
| Last date for Plaintiffs to file motion for class certification | June 1, 2018 | **August 1, 2018** |
| Last date to complete private mediation | June 29, 2018 | **August 31, 2018** |
| Last date for Defendant to file opposition to motion for class certification | TBD | **September 21, 2018** |
| Last date for Plaintiffs to file reply in support of motion for class certification | TBD | **October 5, 2018** |
| Hearing on Plaintiffs' motion for class certification | August 20, 2018, at 1:30 p.m. | **October 15, 2018, at 1:30 p.m.** |

11. Whereas Plaintiffs agree they will not seek leave to amend to identify additional named Plaintiffs.

**IT IS SO STIPULATED.**

Dated: May 18, 2018          NYE, PEABODY, STIRLING, HALE & MILLER, LLP

By: */s/*
    Jonathan D. Miller, Esq.
    Alison M. Bernal, Esq.

Dated: May 18, 2018          CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP

By: */s/*
    Ed Kilpela, Esq.

Dated: May 18, 2018          THE SULTZER LAW GROUP P.C.

By: */s/*
    Adam Gonnelli, Esq.

*Signatures continued on next page*

-4-

STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER ON JURY TRIAL

Dated: May 18, 2018  WALSH, LLC

By: /s/
    Bonner Walsh, Esq.

*Attorneys for Plaintiffs and the Class*

Dated: May 18, 2018  SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

By: /s/
    Sascha Henry, Esq.
    Jonathan D. Moss, Esq.
    Abby H. Meyer, Esq.

*Attorneys for Defendant, Younique, LLC*

Local Rule 5-4.3.4 Certification: I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

/S/

Alison M. Bernal