# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUNIQUE, LLC,<br><br>Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO MODIFY SCHEDULING ORDER**<br><br>Complaint Filed: 8/17/17<br>Trial Date: 2/19/19 |

## [PROPOSED] ORDER

The Court, having considered Plaintiffs' *Ex Parte* Application to Modify the Scheduling Order, and finding good cause to modify the scheduling order, hereby orders:

The deadlines previously ordered by the Court on May 29, 2018 (Dkt. 67), are vacated and the following deadlines now apply:

| *Case Management Event:* | *Prior Operative Deadline* | *NEW Deadline:* |
|---|---|---|
| Last date to commence fact witness and party depositions | **July 30, 2018** | **August 31, 2018** |
| Last date for Plaintiffs to file motion for class certification | **August 1, 2018** | **September 28, 2018** |
| Last date to complete private mediation | **September 28, 2018** | **October 26, 2018** |

| *Case Management Event:* | *Prior Operative Deadline* | *NEW Deadline:* |
|---|---|---|
| Last date for Defendant to file opposition to motion for class certification | **September 21, 2018** | **October 19, 2018** |
| Last date for Plaintiffs to file reply in support of motion for class certification | **October 5, 2018** | **November 2, 2018** |
| Hearing on Plaintiffs' motion for class certification | **October 15, 2018, at 1:30 p.m.** | **November 12, 2018, at 1:30 p.m.** |

Except as otherwise stated herein, the other dates and deadlines in the December 11, 2017 Minute Order (Dkt. 56 & 56-1) and Order re: Jury Trial (Dkt. 57) shall continue to apply.

IT IS SO ORDERED.

Dated: _____, 2018

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE