UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 17-01397-JVS (JDEx) | Date | July 23, 2018 |
|---|---|---|---|
| Title | Schmitt, et al. v. Younique LLC, et al. | | |

Present: The Honorable  John D. Early, United States Magistrate Judge

| Maria Barr | CS 7/23/18 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Present for Plaintiffs: | Attorneys Present for Defendants: |
| Adam Gonnelli, Alison Bernal, and Bonner Walsh | Jonathan Moss<br>Isabella Langone |

**Proceedings:**   Telephonic Conference

Case called. Appearances made. Court and counsel confer re potential discovery disputes. Court directs parties to further meet and confer regarding any timely remaining discovery disputes.

00 : 28

Initials of Clerk:  mba