**NYE, PEABODY, STIRLING, HALE & MILLER, LLP**
Jonathan D. Miller (CA 220848)
Alison M. Bernal (CA 264629)
Jonathan@nps-law.com
33 West Mission St., Suite 201
Telephone: (805) 963-2345
Facsimile: (805) 563-5385

**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com
1350 Columbia Street, Ste. 603
Telephone: (619) 762-1900
Facsimile: (619) 756-6991

*Attorneys for Plaintiffs and the Class*
*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUNIQUE, LLC,<br><br>Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>**DECLARATION OF ADAM GONNELLI IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION TO STAY THE CASE AND MOTION FOR DISCOVERY SANCTIONS**<br><br>Complaint Filed: 8/17/17<br>Trial Date: 2/19/19 |

-1-

DECLARATION OF ADAM GONNELLI IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION TO STAY THE CASE AND MOTION FOR DISCOVERY SANCTIONS

I, Adam Gonnelli, declare as follows:

1. I am a partner of the Sultzer Law Group, P.C., counsel for Plaintiffs Megan Schmitt, Deana Reilly, Carol Orlowsky, and Stephanie Miller Brun.

2. I make this declaration in support of Plaintiffs' Ex Parte Application to Stay the Case and Motion for Discovery Sanctions.

3. Attached hereto as Exhibit 1 is a true and accurate copy of Plaintiffs' June 4, 2018 Notice of 30(b)(6) Deposition.

4. Attached hereto as Exhibit 2 is a true and accurate copy of Defendant's July 13, 2018 Objections to Plaintiff's Notice of 30(b)(6) Deposition.

5. Attached hereto as Exhibit 3 is a true and accurate copy of a Rough Draft of the July 27, 2018 Transcript of Robert Philips.

6. Attached hereto as Exhibit 4 is a true and accurate copy of Rough Draft of the July 27, 2018 Transcript of Vrena Ranallo.

7. On July 26, 2018, the day before Defendant's 30(b)(6) depositions were held, Defendant identified the designated witnesses for the topics listed in Plaintiff's Notice of 30(b)(6) Deposition: Robert Phillips for topics 1, 5, and 6, and Vrena Ranallo for topics 2, 3, 4, and 7.

8. During the July 27, 2018 deposition of Vrena Ranallo, I notified Defendant's counsel that Defendant's designated 30(b)(6) witness was not adequate and suspended the deposition. See Exhibit 4, annexed hereto at 57:9-12.

-2-

DECLARATION OF ADAM GONNELLI IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION TO STAY THE CASE AND MOTION FOR DISCOVERY SANCTIONS

| | |
|---|---|
| 1 | |
| 2 | Dated: |
| 3 | Red Bank, New Jersey<br>July 30, 2018 |

THE SULTZER LAW GROUP P.C.

By:  */s/*
Adam Gonnelli, Esq.
280 Highway 35, Suite 304
Red Bank, NJ 07701
Tel: (845) 705-9462
Fax: (888) 749-7747
gonnellia@thesultzerlawgroup.com

-3-

DECLARATION OF ADAM GONNELLI IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION TO STAY THE CASE AND MOTION FOR DISCOVERY SANCTIONS