SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
SASCHA HENRY, Cal. Bar No. 191914
JONATHAN D. MOSS, Cal. Bar No. 252376
shenry@sheppardmullin.com
jmoss@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ABBY H. MEYER, Cal. Bar No. 294947
ameyer@sheppardmullin.com
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendant Younique, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUNIQUE, LLC<br><br>Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>The Hon. James V. Selna<br>Santa Ana, Courtroom 10C<br><br>DEFENDANT YOUNIQUE, LLC'S OBJECTIONS TO PLAINTIFFS' NOTICE OF RULE 30(b)(6) DEPOSITION AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS<br><br>Date: July 17, 2018<br>Time: 9:00 a.m.<br>Place: Anderson & Karrenberg<br>50 Broadway, Ste. 700<br>Salt Lake City, UT 84101<br><br>SACC filed: January 4, 2018<br>Trial Date: February 19, 2019 |

SMRH:487056054.1                     YOUNIQUE'S OBJECTIONS TO PLAINTIFFS' NOTICE OF DEPOSITION

Defendant Younique, LLC ("Younique") hereby objects to Plaintiffs' F.R.C.P. 30(b)(6) Notice of Deposition and the attached Plaintiffs' First Request for Production of Documents set for deposition on July 17, 2018 (the "Notice and Requests") on the following grounds:

## GENERAL OBJECTIONS

A. Younique will not be available at the date and time unilaterally selected by Plaintiffs for the deposition. Younique will be available for deposition at a mutually agreed upon date and time.

B. Younique objects to the extent that the deposition seeks information protected from disclosure by the attorney-client privilege and attorney work product protection.

C. Younique objects that the deposition seeks information that constitutes highly confidential trade secret or proprietary information.

D. Younique objects that the deposition seeks information that is not reasonably calculated to lead to the discovery of admissible evidence.

## OBJECTIONS TO LIST OF TOPICS

1. TOPIC 1. The existence, location, and custodian of the categories of documents and things described in Plaintiffs' Request for Production of Documents dated February 14, 2018.

OBJECTION: Younique incorporates here its above-stated General Objections. Additionally, Younique objects on the grounds that the request is vague and ambiguous as stated.

Without waiving the foregoing, Younique responds that pursuant to F.R.C.P. 30(b)(6), upon resolution of these objections it will designate a person most knowledgeable for deposition at a mutually agreed upon time and place.

2. TOPIC 2. The ingredients used in Younique Moonstruck 3D Fiber Lashes from 2012 to the present.

1        OBJECTION: Younique incorporates here its above-stated General Objections. Additionally, Younique objects on the grounds that the request is vague and ambiguous as stated. Younique further objects that the time period provided is overbroad, as the operative complaint is clear that Younique only manufactured, sold and distributed the product at issue until 2015.

       Without waiving the foregoing, Younique responds that pursuant to F.R.C.P. 30(b)(6), upon resolution of these objections it will designate a person most knowledgeable for deposition at a mutually agreed upon time and place.

3.    TOPIC 3. The labeling and packaging of the Younique Moonstruck 3D Fiber Lashes from 2012 to the present.

       OBJECTION: Younique incorporates here its above-stated General Objections. Younique further objects that the time period provided is overbroad, as the operative complaint is clear that Younique only manufactured, sold and distributed the product at issue until 2015.

       Without waiving the foregoing, Younique responds that pursuant to F.R.C.P. 30(b)(6), it will designate a person most knowledgeable for deposition at a mutually agreed upon time and place.

4.    TOPIC 4. The channels of distribution for the Younique Moonstruck 3D Fiber Lashes from 2012 to the present.

       OBJECTION: Younique incorporates here its above-stated General Objections. Additionally, Younique objects on the grounds that the request is vague and ambiguous as stated. Younique further objects that the time period provided is overbroad, as the operative complaint is clear that Younique only manufactured, sold and distributed the product at issue until 2015.


Without waiving the foregoing, Younique responds that pursuant to F.R.C.P. 30(b)(6), upon resolution of these objections it will designate a person most knowledgeable for deposition at a mutually agreed upon time and place.

5. TOPIC 5. The price of the Younique Moonstruck 3D Fiber Lashes from 2012 to the present.

OBJECTION: Younique incorporates here its above-stated General Objections. Younique further objects that the time period provided is overbroad, as the operative complaint is clear that Younique only manufactured, sold and distributed the product at issue until 2015.

Without waiving the foregoing, Younique responds that pursuant to F.R.C.P. 30(b)(6), it will designate a person most knowledgeable for deposition at a mutually agreed upon time and place.

6. TOPIC 6. The sales of the Younique Moonstruck 3D Fiber Lashes from 2012 to the present.

OBJECTION: Younique incorporates here its above-stated General Objections. Younique further objects that the time period provided is overbroad, as the operative complaint is clear that Younique only manufactured, sold and distributed the product at issue until 2015.

Without waiving the foregoing, Younique responds that pursuant to F.R.C.P. 30(b)(6), it will designate a person most knowledgeable for deposition at a mutually agreed upon time and place.

7. TOPIC 7. Training of and materials provided to presenters.

OBJECTION: Younique incorporates here its above-stated General Objections. Younique further objects that the topic is overly broad and unduly burdensome. Younique further objects that the time period provided is overbroad,

1  as the operative complaint is clear that Younique only manufactured, sold and
2  distributed the product at issue until 2015.

4        Without waiving the foregoing, Younique responds that pursuant to
5  F.R.C.P. 30(b)(6), it will designate a person most knowledgeable for deposition at a
6  mutually agreed upon time and place as to the training of and materials provided to
7  presenters relating to the product at issue in the complaint.

9  Dated: July 13, 2018

          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

      By      /s/ Sascha Henry
          SASCHA HENRY
          JONATHAN D. MOSS
          ABBY H. MEYER
          Attorneys for Defendant Younique, LLC

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

*Schmitt et al v. Younique, LLC*
USDC Case No. 8:17-cv-01397-JVS-JDE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422.

On July 13, 2018, I served true copies of the following document(s) described as DEFENDANT YOUNIQUE, LLC'S OBJECTIONS TO PLAINTIFFS' NOTICE OF RULE 30(b)(6) DEPOSITION AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 13, 2018, at Los Angeles, California.

TRACY L. FIELDING

58ME-262661 (USDC CD CA – Santa Ana)

# SERVICE LIST

| | |
|---|---|
| Nye, Peabody, Stirling, Hale & Miller, LLP<br>Jonathan D. Miller, Esq.<br>Alison M. Bernal, Esq.<br>33 W Mission Street, Suite 201<br>Santa Barbara, CA 93101<br>Email: Jonathan@nps-law.com<br>alison@nps-law.com | *Attorneys for Plaintiffs and the Class* |
| Carlson Lynch Sweet Kilpela & Carpenter, LLP<br>Todd D. Carpenter, Esq.<br>1350 Columbia Street, Suite 603<br>San Diego, CA 92101<br>Email: tcarpenter@carlsonlynch.com | *Attorneys for Plaintiffs and the Class* |
| The Sultzer Law Group P.C.<br>Jason P. Sultzer, Esq.<br>Joseph Lipari, Esq.<br>Adam Gonnelli, Esq.<br>14 Wall Street 20th Floor<br>New York, NY 10005<br>Email: sultzerj@thesultzerlawgroup.com<br>liparij@thesultzerlawgroup.com<br>gonnellia@thesultzerlawgroup.com<br>francisi@thesultzerlawgroup.com | *Attorneys for Plaintiffs and the Class\\* |
| Walsh, LLC<br>Bonner Walsh, Esq.<br>1561 Long Haul Rd.<br>Grangeville, ID 83530<br>ail: bonner@walshpllc.com | *Attorneys for Plaintiffs and the Class* |

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
SASCHA HENRY, Cal. Bar No. 191914
JONATHAN D. MOSS, Cal. Bar No. 252376
shenry@sheppardmullin.com
jmoss@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ABBY H. MEYER, Cal. Bar No. 294947
ameyer@sheppardmullin.com
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendant Younique, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUNIQUE, LLC<br><br>Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>The Hon. James V. Selna<br>Santa Ana, Courtroom 10C<br><br>DEFENDANT YOUNIQUE, LLC'S OBJECTIONS TO PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION DIRECTED TO COYNE PUBLIC RELATIONS<br><br>Production Date: July 23, 2018<br><br>SACC filed: January 4, 2018<br>Trial Date: February 19, 2019 |

Defendant Younique, LLC hereby objects to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Coyne Public Relations, the notice of which was served on Younique on July 12, 2018, on the following grounds.

## OBJECTION TO SUBPOENA

**REQUEST FOR PRODUCTION NO. 1:**

All documents concerning Younique LLC, including but not limited to Younique's "Moonstruck 3D Fiber Lashes" and "Younique Moodstruck 3D Fiber Lashes +" products.

**OBJECTION TO REQUEST NO. 1:**

Younique objects to the issuance of this subpoena to the extent it is being used to unduly burden and/or harass the vendors of Younique. Younique objects to the issuance of this subpoena to the extent it calls for the production of confidential documents in which Younique has a privacy interest. Younique objects to the issuance of this subpoena to the extent it calls for the production of documents that are privileged from production, including, without limitation, documents that are protected by the privacy rights of third parties, trade secrets, or subject to non-disclosure agreements.

Younique further objects to the issuance of the subpoena on the grounds that it is overbroad. For one, the operative complaint is clear that Younique only manufactured, sold and distributed the product at issue until 2015; however, the request is not time-limited. Additionally, the only the Moodstruck 3D Fiber Lashes product, not the Lashes+ product, is disputed by the operative complaint. Consequently, a request for documents related to the Lashes+ product is outside the scope of the complaint, rendering such documents irrelevant.

Finally, Younique objects on the grounds that Plaintiffs intend to serve this discovery request after the discovery cut-off. Docket item 56-1 provides a June

-1-

1, 2018, discovery cut-off. During the parties' meet and confer which culminated in the 5-29-18 Order Granting Stipulation to Modify Scheduling Order, Younique made clear that it was only entering into the stipulation in order to give Plaintiffs and Lori DeBell more time to appear for their depositions, and to permit a Rule 30(b)(6) deposition of Younique. The Order itself is clear that it extended to July 30, 2018 the "last day to schedule and commence" just these depositions. The Order further reads that, "Except as otherwise stated herein, the other dates and deadlines in the December 11, 2017 Minute Order (Dkt. 56 & 56-1) and Order re: Jury Trial (Dkt. 57) shall continue to apply." In short, service of this subpoena on July 16, 2018, as stated in the notice of subpoena, would be improper. Younique hereby requests that Plaintiffs do not serve the subpoena on this third-party.

Dated: July 13, 2018

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
SASCHA HENRY
JONATHAN D. MOSS
ABBY H. MEYER
Attorneys for Defendant Younique, LLC

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

*Schmitt et al v. Younique, LLC*
USDC Case No. 8:17-cv-01397-JVS-JDE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422.

On July 13, 2018, I served true copies of the following document(s) described as DEFENDANT YOUNIQUE, LLC'S OBJECTIONS TO PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION DIRECTED TO COYNE PUBLIC RELATIONS on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 13, 2018, at Los Angeles, California.

58ME-262661 (USDC CD CA – Santa Ana)

TRACY L. FIELDING

## SERVICE LIST

| | |
|---|---|
| Nye, Peabody, Stirling, Hale & Miller, LLP<br>Jonathan D. Miller, Esq.<br>Alison M. Bernal, Esq.<br>33 W Mission Street, Suite 201<br>Santa Barbara, CA 93101 | *Attorneys for Plaintiffs and the Class*<br>Email: Jonathan@nps-law.com<br>alison@nps-law.com |
| Carlson Lynch Sweet Kilpela & Carpenter, LLP<br>Todd D. Carpenter, Esq.<br>1350 Columbia Street, Suite 603<br>San Diego, CA 92101 | *Attorneys for Plaintiffs and the Class*<br>Email: tcarpenter@carlsonlynch.com |
| The Sultzer Law Group P.C.<br>Jason P. Sultzer, Esq.<br>Joseph Lipari, Esq.<br>Adam Gonnelli, Esq.<br>14 Wall Street 20th Floor<br>New York, NY 10005 | *Attorneys for Plaintiffs and the Class\*<br>Email:<br>sultzerj@thesultzerlawgroup.com<br>liparij@thesultzerlawgroup.com<br>gonnellia@thesultzerlawgroup.com |
| Walsh, LLC<br>Bonner Walsh, Esq.<br>1561 Long Haul Rd.<br>Grangeville, ID 83530 | *Attorneys for Plaintiffs and the Class*<br>Email: bonner@walshpllc.com |

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SASCHA HENRY, Cal. Bar No. 191914
JONATHAN D. MOSS, Cal. Bar No. 252376
shenry@sheppardmullin.com
jmoss@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ABBY H. MEYER, Cal. Bar No. 294947
ameyer@sheppardmullin.com
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendant Younique, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>YOUNIQUE, LLC<br><br>  Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>The Hon. James V. Selna<br>Santa Ana, Courtroom 10C<br><br>DEFENDANT YOUNIQUE, LLC'S OBJECTIONS TO PLAINTIFFS' NOTICE OF RULE 30(b)(6) DEPOSITION<br><br>Date: July 27, 2018<br>Time: 9:00 a.m.<br>Place: Anderson & Karrenberg<br>     50 Broadway, Ste. 700<br>     Salt Lake City, UT 84101<br><br>SACC filed: January 4, 2018<br>Trial Date: February 19, 2019 |

Defendant Younique, LLC ("Younique") hereby objects to Plaintiffs' second F.R.C.P. 30(b)(6) Notice of Deposition served on July 12, 2018 and set for deposition on July 27, 2018, on the following grounds and will not designate a witness or appear for this deposition.

## GENERAL OBJECTIONS

A. Younique will not be available at the date and time unilaterally selected by Plaintiffs for the deposition.

B. Younique objects to the extent that the deposition seeks information protected from disclosure by the attorney-client privilege and attorney work product protection.

C. Younique objects that the deposition seeks information that constitutes highly confidential trade secret or proprietary information.

D. Younique objects to the extent that the deposition seeks information that is not reasonably calculated to lead to the discovery of admissible evidence.

## OBJECTIONS TO LIST OF TOPICS

1. The cost of goods sold ("COGS") of the Younique Moodstruck 3D Fiber Lashes, including the components thereof.

OBJECTION: Younique incorporates here its above-stated General Objections. Younique objects on the grounds that "including the components thereof" is vague and ambiguous. Younique further objects that the time period provided is overbroad, as the operative complaint is clear that Younique only manufactured, sold and distributed the product at issue until 2015. Finally, Younique objects on the grounds that this Rule 30(b)(6) notice was served past the discovery cut-off. During the parties' meet and confer which culminated in the 5-29-18 Order Granting Stipulation to Modify Scheduling Order, Younique made clear that it was only entering into the stipulation in order to give Plaintiffs and Lori DeBell more time to appear for their depositions, and to permit a Rule 30(b)(6)

-1-

deposition of Younique. The Order itself is clear that it extended to July 30, 2018 the "last day to schedule and commence" just these depositions. The Order further reads that, "Except as otherwise stated herein, the other dates and deadlines in the December 11, 2017 Minute Order (Dkt. 56 & 56-1) and Order re: Jury Trial (Dkt. 57) shall continue to apply." Docket item 56-1 provides a June 1, 2018, discovery cut-off. Because this second Rule 30(b)(6) notice was served after the discovery cut-off date, Younique will not designate witness to appear on this topic.

Dated: July 13, 2018

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By       /s/ Sascha Henry
                                    SASCHA HENRY
                                    JONATHAN D. MOSS
                                    ABBY H. MEYER
                    Attorneys for Defendant Younique, LLC

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

*Schmitt et al v. Younique, LLC*
USDC Case No. 8:17-cv-01397-JVS-JDE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422.

On July 13, 2018, I served true copies of the following document(s) described as DEFENDANT YOUNIQUE, LLC'S OBJECTIONS TO PLAINTIFFS' NOTICE OF RULE 30(b)(6) DEPOSITION on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

☒  **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 13, 2018, at Los Angeles, California.

58ME-262661 (USDC CD CA – Santa Ana)

TRACY L. FIELDING

SMRH:485165257.2                                    -1-                                    PROOF OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Nye, Peabody, Stirling, Hale & Miller, LLP<br>Jonathan D. Miller, Esq.<br>Alison M. Bernal, Esq.<br>33 W Mission Street, Suite 201<br>Santa Barbara, CA 93101 | *Attorneys for Plaintiffs and the Class*<br>Email: Jonathan@nps-law.com<br>alison@nps-law.com |
| Carlson Lynch Sweet Kilpela & Carpenter, LLP<br>Todd D. Carpenter, Esq.<br>1350 Columbia Street, Suite 603<br>San Diego, CA 92101 | *Attorneys for Plaintiffs and the Class*<br>Email: tcarpenter@carlsonlynch.com |
| The Sultzer Law Group P.C.<br>Jason P. Sultzer, Esq.<br>Joseph Lipari, Esq.<br>Adam Gonnelli, Esq.<br>14 Wall Street 20th Floor<br>New York, NY 10005 | *Attorneys for Plaintiffs and the Class*\<br>Email:<br>sultzerj@thesultzerlawgroup.com<br>liparij@thesultzerlawgroup.com<br>gonnellia@thesultzerlawgroup.com |
| Walsh, LLC<br>Bonner Walsh, Esq.<br>1561 Long Haul Rd.<br>Grangeville, ID 83530 | *Attorneys for Plaintiffs and the Class*<br>Email: bonner@walshpllc.com |

SMRH:485165257.2