# EXHIBIT 3

# REDACTED