# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUNIQUE, LLC,<br><br>Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION TO STAY THE CASE AND MOTION FOR DISCOVERY SANCTIONS**<br><br>Complaint Filed: 8/17/17<br>Trial Date: 2/19/19 |

The Court, having considered Plaintiff's *Ex Parte* Application to Stay the Case and Motion for Discovery Sanctions, hereby issues the following order:

IT IS HEREBY ORDERED:

The case is hereby stayed. Defendant will produce appropriate witnesses to testify to the topics in Plaintiffs' June 4, 2018 Notice of Deposition within seven days of this Order at a date and time of Plaintiffs' choosing. Plaintiffs motion for Rule 37 sanctions is hereby granted.

-1-

PROPOSED ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO STAY THE CASE AND MOTION FOR DISCOVERY SANCTIONS

1 | Dated _____, 2018

_____
HON JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

-2-

PROPOSED ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO STAY THE CASE AND MOTION FOR DISCOVERY SANCTIONS