**NYE, PEABODY, STIRLING, HALE & MILLER, LLP**
Jonathan D. Miller (CA 220848)
Alison M. Bernal (CA 264629)
Jonathan@nps-law.com
33 West Mission St., Suite 201
Telephone: (805) 963-2345
Facsimile: (805) 563-5385

**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com
1350 Columbia Street, Ste. 603
Telephone: (619) 762-1900
Facsimile: (619) 756-6991

*Attorneys for Plaintiffs and the Class*
*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUNIQUE, LLC,<br><br>Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO PLAINTIFFS'** ***EX PARTE*** **APPLICATION TO STAY THE CASE AND MOTION FOR DISCOVERY SANCTIONS**<br><br>Complaint Filed: 8/17/17<br>Trial Date: 2/19/19 |

-1-

APPLICATION TO FILE UNDER SEAL EXHIBITS TO PLAINTIFF'S *EX PARTE* MOTION TO STAY THE CASE AND MOTION FOR DISCOVERY SANCTIONS

Pursuant to Local Rule 79-5, Plaintiffs Megan Schmitt, Deana Reilly, Carol Orlowsky, and Stephanie Miller Brun request leave of the Court to file redacted versions of the July 27, 2018 deposition transcripts of Defendant Younique's designated 30(b)(6) witnesses, Robert Phillips and Vrena Ranallo as exhibits in support of Plaintiff's *Ex Parte* Application to Stay the Case and Motion for Discovery Sanctions. Those transcripts are annexed to the Declaration of Adam Gonnelli in support of Plaintiff's *Ex Parte* Application to Stay the Case and Motion for Discovery Sanctions as Exhibits 3 and 4.

Pursuant to Local Rule 79-5.1, a person seeking to have a case or document sealed must follow the procedures of Local Rule 79-5.2 seeking approval of the Court prior to submitting documents under seal. The Parties stipulated and the Court entered a protective order in this case which permits materials disclosed by the Parties in the course of litigation to be designated as confidential [Dkt. 64] and for such confidential materials to be filed in compliance with Local Rule 79-5.1. Defendant Younique has designated the transcripts of the July 27, 2018 deposition transcripts of its 30(b)(6) witnesses, Robert Phillips and Vrena Ranallo as confidential.

### Relief Requested

Plaintiffs respectfully request the Court grant their application for Leave to File Under Seal to permit Plaintiffs to file the deposition transcripts of Defendant's 30(b)(6) witnesses.

Dated: July 31, 2018          NYE, PEABODY, STIRLING, HALE & MILLER, LLP

By: */s/*
Jonathan D. Miller, Esq.
Alison M. Bernal, Esq.

*[Signatures continued on following page.]*

-2-

APPLICATION TO FILE UNDER SEAL EXHIBITS TO PLAINTIFF'S *EX PARTE* MOTION TO STAY THE CASE AND MOTION FOR DISCOVERY SANCTIONS

| | | |
|---|---|---|
| 1 | Dated: July 31, 2018 | CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP |
| 2 | | By: /s/ |
| 3 | |     Ed Kilpela, Esq. |

Dated: July 31, 2018          THE SULTZER LAW GROUP P.C.

By: /s/
    Adam Gonnelli, Esq.

Dated: July 31, 2018          WALSH, LLC

By: /s/
    Bonner Walsh, Esq.

*Attorneys for Plaintiffs and the Class*

APPLICATION TO FILE UNDER SEAL EXHIBITS TO PLAINTIFF'S *EX PARTE* MOTION TO STAY THE CASE AND MOTION FOR DISCOVERY SANCTIONS