# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUNIQUE, LLC,<br><br>Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO PLAINTIFFS'** *EX PARTE* **APPLICATION TO STAY THE CASE AND MOTION FOR DISCOVERY SANCTIONS**<br><br>Complaint Filed: 8/17/17<br>Trial Date: 2/19/19 |

-1-

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL EXHIBITS TO PLAINTIFF'S *EX PARTE* MOTION TO STAY THE CASE AND MOTION FOR DISCOVERY SANCTIONS

# [PROPOSED] ORDER

After reviewing Plaintiffs' Application for Leave to File Under Seal, the Court finds there is good cause to grant the application.

Good cause appearing, the Court hereby grants Plaintiffs leave to file the following documents under seal:

1. The rough draft of the transcript of the July 27, 2018, deposition of Defendant's 30(b)(6) witness, Robert Phillips. (Exhibit 3 to the Declaration of Adam Gonnelli in Support of Plaintiffs' *Ex Parte* Application to Stay and Motion for Discovery Sanctions.)

2. The rough draft of the transcript of the July 27, 2018, deposition of Defendant's 30(b)(6) witness, Vrena Ranallo. (Exhibit 4 to the Declaration of Adam Gonnelli in Support of Plaintiffs' *Ex Parte* Application to Stay and Motion for Discovery Sanctions.)

Dated: _____, 2018

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE