**NYE, PEABODY, STIRLING, HALE & MILLER, LLP**
Jonathan D. Miller (CA 220848)
Alison M. Bernal (CA 264629)
Jonathan@nps-law.com
33 West Mission St., Suite 201
Telephone: (805) 963-2345
Facsimile: (805) 563-5385

**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com
1350 Columbia Street, Ste. 603
Telephone: (619) 762-1900
Facsimile: (619) 756-6991

*Attorneys for Plaintiffs and the Class*
*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUNIQUE, LLC,<br><br>Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR CLASS CERTIFICATION**<br><br>*Filed Concurrently With Memorandum of Points and Authorities, Declaration of Adam Gonnelli, Declaration of Bonner Walsh, Declaration of Donald M. May and Proposed Order*<br><br>Date: October 15, 2018<br>Time: 1:30 p.m.<br><br>Complaint Filed: 8/17/17<br>Trial Date: 2/19/19 |

-1-

PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby move the Court for entry of an order certifying the proposed class and appointing Plaintiffs' attorneys as class counsel.

Plaintiffs seek certification of California, Ohio, Florida, and Tennessee classes, composed of the individuals who purchased one or more Younique 3D Fiberlash Mascara Products at any time during the applicable statute of limitations period. Plaintiffs further request that this Court appoint Plaintiffs' attorneys, The Sultzer Law Group, Walsh, PLLC, and Nye, Peabody, Stirling, Hale & Miller, LLP as class counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

This Motion is made pursuant to Rule 23 of the Federal Rules of Civil Procedure, on the grounds that Plaintiffs meet the requirements for class certification under Rules 23(a) and 23(b)(3), and is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities in Support of Class Certification, declarations in support thereof, any oral argument that may be heard, the complete files and record of this action, and such other and further matters as the Court may properly consider.

Dated: August 1, 2018        NYE, PEABODY, STIRLING, HALE & MILLER, LLP

                             By:  /s/
                                  Jonathan D. Miller, Esq.
                                  Alison M. Bernal, Esq.

Dated: August 1, 2018        CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP

                             By:  /s/
                                  Ed Kilpela, Esq.

*Additional Signatures on Following Page*

| | | |
|---|---|---|
| 1 | Dated: August 1, 2018 | THE SULTZER LAW GROUP P.C. |
| 2 | | By: /s/ |
| 3 | |      Adam Gonnelli, Esq. |
| 4 | Dated: August 1, 2018 | WALSH, LLC |
| 5 | | |
| 6 | | By: /s/ |
| 7 | |      Bonner Walsh, Esq. |
| 8 | | *Attorneys for Plaintiffs and the Class* |