



Celebrity Eye



Cat Eye



Smokey Eye

7/25/2013 — Younique Products — https://www.younique products.com/products/view/US-1017-00 — 25 captures — 7 Aug 2013 - 22 Oct 2017 — JUL AUG APR 07 2012 2013 2014 — About this capture

**Infatuated** (on inner and lower lid). 2 Concealer colors used on face and around eyes: **Fresh** and **Fabulous**. Topped off with **3D Fiber Lashes**.

**Risque** (used wet as eyebrow color). 2 Concealer colors used on face and around eyes: **Fabulous** (used wet as concealer/foundation) and **Fresh** (used dry as a blending concealer). Topped off with **3D Fiber Lashes**.

**Daring** (mid center of eye lid), and under lash line. **Risque** (used wet as eyebrow color). 2 Concealer colors used on face and around eyes: **Fabulous** (used wet as concealer/foundation) and **Foxy** (used dry as a blending concealer). Topped off with **3D Fiber Lashes**.







### Fairy Eye

**Sexy** (under brow). **Heart** Broken (above crease, below 'Sexy'). **Sassy** (on lid). **Awestruck** (in crease and in a V formation on outer eye). **Empowered** (inner corner lid). **Feisty** (used wet as a liner under bottom lash line). **Regal** (used wet as a top liner). **Infatuated** (used wet as eyebrow color). 2 Concealer colors used on face and around eyes: **Fabulous** (used wet as concealer/foundation) **Foxy** (used dry as a blending concealer).

### Neutral Eye

**Innocent** (under brow and inner corner of lid). **Irresistible** (in crease). **Beautiful** (on entire lid). **Infatuated** (used wet as upper and lower liner). **Infatuated** (used wet as eyebrow color). 2 Concealer colors used on face and around eyes: **Fabulous** (used wet as concealer/foundation) and **Foxy** (used dry as a blending concealer).

### Colorful Cat Eye

**Sexy** (under brow). **Precocious** (in upper crease). **Glamorous** (in lower crease and outer v formation). **Heavenly** (on eye lid). **Playful** (used wet as bottom liner). **Corrupted** (used wet as top liner). **Infatuated** (used wet as eyebrow color). 2 Concealer colors used on face and around eyes: **Fabulous** (used wet as concealer/foundation) and **Foxy** (used dry as a blending concealer).



## NATURAL BEAUTY

Younique Products - specializing in organic, all-natural, mineral-based cosmetics that are free of parabens, oils, synthetic fragrances, and cheap fillers.

We bring a whole new experience to 'natural beauty'.

7/25/2018 Younique Products

https://www.younqueproducts.com/products/view/US-1017-00 | Go

JUL **AUG** APR
**07**
2012 **2013** 2014

**25 captures**
7 Aug 2013 - 22 Oct 2017

About this capture