7/25/2018                                  YouTube – Uplift, Empower, Motivate.

| https://www.youniqueproducts.com/products/view/US-1017-00 | Go | APR | **AUG** <br> **11** <br> **2014** | SEP |
|---|---|---|---|---|
| **25 captures** <br> 7 Aug 2013 - 22 Oct 2017 | | 2013 | | 2015 |

About this capture

# younique



## Moodstruck 3D Fiber Lashes

Our best selling product, 3D Fiber Lashes dramatically enhances and magnifies the appearance of your own lashes.

QTY: **1**      ADD TO CART

Details   Directions   **Ingredients**

**Transplanting Gel Ingredients:** Water, Beeswax (Natural Propolis), Carnauba (Brazilian palm glue), Iron Oxide CI 77499 (Black), Collagen, Acrylates Copolymer, Nylon, Stearic Acid, Propylene Glycol. .23 FL OZ / 7 ml

**Natural Fibers Ingredients:** 100% Natural Fibers taken from Green Tea. Net WT .02 OZ/ .5g.

**Collagen** is a type of protein that works with elastin to give skin its texture, structure, and appearance. It contains antioxidants, and may help add volume and shine to the appearance of eyelashes.

**Water (Aqua)** is the liquid of life! Hydrates and cleanses the skin, and works as a natural spreading component, helping to distribute other ingredients evenly over the skin.

**Beeswax (Natural Propolis)** is a brownish, resinous material collected by bees and believed to have antibacterial and anti-inflammatory properties.

**Carnauba (Brazilian Palm Glue)** is extracted and refined through a pressing and crushing process that turns the palm glue into an oil, creating the sticky nature of the transplanting gel. It is also believed to act as a natural preservative.

**Iron Oxide CI 77499 (Black)** is a technical name for Black Iron Oxide. This naturally-occurring mineral acts a colorant, giving the gel its striking black color.

**Acrylates Copolymer** is an adhesive and binder, as well as a suspending agent.

**Nylon** is a powder substance that is used as an absorbent and thickening agent.

### Trending Younique Looks

| | Merry Berry |
|---|---|
| View this Look | |
| View this Look | Everyday Look |
| View this Look | Smokey Eye! |
| View this Look | Bat those Lashes |
| View this Look | Stunning neutrals |

We want you to love it! If you don't, we've got you covered. Read the **Younique Love It Guarantee** here.



**Propylene Glycol** is a humidifying and delivery ingredient.

*These statements have not been evaluated by the FDA. This product is an unregulated cosmetic and is not intended to diagnose, treat, prevent, or cure any disease.*

## Combine & Save!
### This item is also available in:



Eye-tastic Collection



Perfect Start Collection



Want It All Collection

## Younique TV



Younique Touch Mineral Foundations

Brilliant Daily Moisturizing Gel



Moodstruck Pigments Tutorial



Moodstruck 3D Fiber Lashes™

Highlighting & Contouring

## NATURAL BEAUTY

You only get one face in a lifetime, and it is the first thing people notice when they look at you. We are committed to helping your face look and feel beautiful and healthy. We thoroughly research every single ingredient, and then educate you on what it does and why it's there.

For a lifetime of beauty, we invite you to explore and fall in love with our high-quality cosmetics. Be Bold. Be Beautiful. Be Younique.



Return to Top