# EXHIBIT 10

# REDACTED