# EXHIBIT 16

# REDACTED