# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUNIQUE, LLC,<br><br>Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed: 8/17/17<br>Trial Date: 2/19/19 |

The Court, having considered Plaintiffs' Motion for Class Certification, hereby issues the following order:

IT IS HEREBY ORDERED:

Plaintiffs' motion for Class Certification pursuant to Federal Rule of Civil 23 is hereby granted.

The proposed California Class of all California consumers who purchased stand-alone Moodstruck 3D Fiber Lashes between October 2012 and July 2015 for personal, family or household use is certified, and Plaintiff Megan Schmitt is appointed as class representative for the California Class.

The proposed Tennessee Class of all Tennessee consumers who purchased stand-alone Moodstruck 3D Fiber Lashes between October 2012 and July 2015 for personal, family or household use is certified, and Plaintiff Carol Orlowsky is appointed as class representative for the Tennessee Class.

-2-

1  The proposed Ohio Class of Ohio consumers who purchased stand-alone
2  Moodstruck 3D Fiber Lashes between October 2012 and July 2015 for personal,
3  family or household use is certified, and Plaintiff Stephanie Miller Brun is appointed
4  as class representative for the Ohio Class.
5  The proposed Florida Class of all Florida consumers who purchased stand-
6  alone Moodstruck 3D Fiber Lashes between October 2012 and July 2015 for
7  personal, family or household use is certified, and Plaintiff Deanna Reilly is
8  appointed as class representative for the Florida Class.
9  The Sultzer Law Group, Walsh, PLLC, and Nye, Peabody, Stirling, Hale &
10  Miller, LLP, are hereby appointed as class counsel.

12  Dated _____, 2018

_____
HON JAMES V. SELNA
UNITED STATES DISTRICT JUDGE