1  **NYE, PEABODY, STIRLING, HALE
   & MILLER, LLP**
2  Jonathan D. Miller (CA 220848)
   Alison M. Bernal (CA 264629)
3  Jonathan@nps-law.com
4  33 West Mission St., Suite 201
   Telephone: (805) 963-2345
5  Facsimile: (805) 563-5385

6  **CARLSON LYNCH SWEET
   KILPELA & CARPENTER, LLP**
7  Todd D. Carpenter (CA 234464)
8  tcarpenter@carlsonlynch.com
   1350 Columbia Street, Ste. 603
9  Telephone: (619) 762-1900
10 Facsimile: (619) 756-6991

11 *Attorneys for Plaintiffs and the Class*
12 *[Additional Counsel Listed on Signature Page]*

13                   **UNITED STATES DISTRICT COURT**
14                   **CENTRAL DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| 16 MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated, | Case No. 8:17-cv-01397-JVS-JDE |
| 17 | **DECLARATION OF DONALD M. MAY RE: PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| 18 | |
| 19 Plaintiffs, | *Filed Concurrently with Plaintiffs' Notice of Motion and Motion for Class Certification, Declaration of Adam Gonnelli, Declaration of Bonner Walsh, and [Proposed] Order* |
| 20 v. | |
| 21 YOUNIQUE, LLC, | |
| 22 Defendant. | |
| 23 | Complaint Filed: 8/17/17 |
| 24 | Trial Date: 2/19/19 |

25
26
27
28

-1-

*REDACTED*