**DENIED**
BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>YOUNIQUE, LLC,<br><br>　　　　Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO STAY THE CASE AND MOTION FOR DISCOVERY SANCTIONS<br><br>Complaint Filed: 8/17/17<br>Trial Date: 2/19/19 |

　　The Court, having considered Plaintiff's *Ex Parte* Application to Stay the Case and Motion for Discovery Sanctions, hereby issues the following order:

IT IS HEREBY ORDERED:

　　The case is hereby stayed. Defendant will produce appropriate witnesses to testify to the topics in Plaintiffs' June 4, 2018 Notice of Deposition within seven days of this Order at a date and time of Plaintiffs' choosing. Plaintiffs' motion for Rule 37 sanctions is hereby granted.

Dated _____, 2018

**DENIED**
BY ORDER OF THE COURT
_____
HON JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

The Court has not been provided an unredacted copy of plaintiffs' application either by way of an under seal filing or by way of a mandatory chambers copy, despite requests for the latter. Because the Court cannot intelligently consider whether relief is warranted, the Court denies the application without prejudice. JVS August 08, 2018