SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SASCHA HENRY, Cal. Bar No. 191914
JONATHAN D. MOSS, Cal. Bar No. 252376
shenry@sheppardmullin.com
jmoss@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ABBY H. MEYER, Cal. Bar No. 294947
ameyer@sheppardmullin.com
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendant Younique, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>YOUNIQUE, LLC<br><br>　　　　Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>**JOINT MEDIATION REPORT**<br><br>The Hon. James V. Selna<br>Santa Ana, Courtroom 10C<br><br>SACC filed:　January 4, 2018<br>Trial Date:　February 19, 2019 |

## JOINT MEDIATION REPORT

The Court ordered the parties in this matter to hold a private mediation before August 31, 2018. (*See* Dkt. 56 and Dkt. 67.) The Court further ordered the parties to file a Joint Report regarding the outcome of the settlement discussions, the likelihood of possible further discussions, and any help that the Court could provide with regard to settlement negotiations not later than seven days after the mediation. (Dkt. 56.) Consistent with the Court's orders, the parties provide the instant Joint Mediation Report.

The parties participated in a private mediation on August 28, 2018, at Judicate West in Santa Ana before Hon. John Leo Wagner (Ret.).

The case did not settle, and no further facilitated discussions are expected.

The parties are not aware at this time of assistance that the Court could provide with regard to settlement negotiations.

Dated: September 4, 2018    SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

By: */s/ Abby H. Meyer*
Sascha Henry, Esq.
Jonathan D. Moss, Esq.
Abby H. Meyer, Esq.
Attorneys for Defendant Younique, LLC

Dated: September 4, 2018    THE SULTZER LAW GROUP P.C.

By: */s/ Adam Gonnelli*
Jason P. Sultzer, Esq.
Joseph Lipari, Esq.
Adam Gonnelli, Esq.
Jeremy Francis, Esq.
Attorneys for Plaintiffs Megan Schmitt, Deana Reilly, Carol Orlowsky and Stephanie Miller Brun

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Executed this 4th day of September 2018 at Costa Mesa, California.

*/s/ Abby H. Meyer*
ABBY H. MEYER