SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
SASCHA HENRY, Cal. Bar No. 191914
JONATHAN D. MOSS, Cal. Bar No. 252376
shenry@sheppardmullin.com
jmoss@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
ABBY H. MEYER, Cal. Bar No. 294947
ameyer@sheppardmullin.com
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendant Younique, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>YOUNIQUE, LLC<br><br>            Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>**DECLARATION OF SASCHA HENRY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>[*Filed Concurrently with Notice of Motion and Motion for Summary Judgment and Separate Statement*]<br><br>Hearing Date:  October 22, 2018<br>Hearing Time:  1:30 p.m.<br><br>The Hon. James V. Selna<br>Santa Ana, Courtroom 10C<br><br>SACC filed:      January 4, 2018<br>Trial Date:       February 19. 2019 |

## DECLARATION OF SASCHA HENRY

I, Sascha Henry, declare as follows:

1.     I am an attorney duly admitted to practice before this Court.  I am a partner with Sheppard, Mullin, Richter & Hampton, LLP, attorneys of record for Defendant Younique, LLC ("Younique").  If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2.     I submit this declaration in support of Younique's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment (the "Motion").

3.     I am informed and believe that Plaintiff Schmitt filed this lawsuit on August 14, 2017.  (Dkt. 1.)  On October 13, 2017, Plaintiffs' counsel filed a First Amended Complaint, which added the remaining three Plaintiffs (Ms. Reilly, Ms. Orlowsky and Ms. Brun).  (Dkt. 43.)  Counsel for the parties filed a joint scheduling conference report on December 4, 2017, appeared for a scheduling conference on December 11, 2017, and the Court entered two scheduling orders.  (Dkts. 54, 56, 56-1.)  The parties served initial disclosures on or about January 10, 2018.

4.     Younique noticed Plaintiffs' depositions on or about April 18, 2018, but Plaintiffs did not appear and did not provide any alternative dates.  Ultimately after meeting and conferring, counsel negotiated and executed a stipulation that: (a) permitted the depositions of the four Plaintiffs to occur after the discovery cutoff; (b) allowed Plaintiffs to take a Rule 30(b)(6) deposition of defendant Younique after the discovery cutoff; and (c) postponed Plaintiffs' deadline to file their motion for class certification from June 1, 2018 to August 1, 2018.  (Dkt. 66, ¶¶ 8-10; Dkt. 67.)  The stipulation did not change the deadline for the initial expert reports; which remained due on August 1, 2018.  (Dkts. 54, 56, 56-1, 67.)

5.     On behalf of Younique, my colleague, Jonathan Moss, deposed Plaintiff Deana Reilly on June 27, 2018.  Attached hereto as **Exhibit A** is a true and

1  correct copy of excerpts from Ms. Reilly's deposition transcript that our office

2  received.

3       6.       On behalf of Younique, I deposed Plaintiff Carol Orlowsky on June 26,

4  2018.  Attached hereto as **Exhibit B** is a true and correct copy of excerpts from Ms.

5  Orlowsky's deposition transcript that our office received.

6       7.       On behalf of Younique, my colleague Mr. Moss deposed Plaintiff

7  Megan Schmitt on July 27, 2018.  Attached hereto as **Exhibit C** is a true and correct

8  copy of excerpts from Ms. Schmitt's deposition transcript that our office received.

9       8.       On behalf of Younique, I deposed Plaintiff Stephanie Miller Brun on

10  June 25, 2018.  Attached hereto as **Exhibit D** is a true and correct copy of excerpts

11  from Ms. Brun's deposition transcript that our office received.

12       9.       On February 14, 2018, Younique served Requests for Production, Set

13  One, and Special Interrogatories, Set One, on Plaintiffs.  On March 14, 2018,

14  Plaintiffs served their written responses and objections to Younique's document

15  requests and special interrogatories.  In total, on that date, Plaintiffs only produced

16  *eight pages* of documents collectively among the four Plaintiffs (PL00001-

17  PL00008), which consisted of one receipt for Plaintiff Reilly, one receipt for

18  Plaintiff Brun, Plaintiff Schmitt's CLRA notice letter and a chart.  A true and correct

19  copy of Plaintiffs' document production is attached hereto as **Exhibit E.**

20       10.       Attached hereto as **Exhibit F** is a true and correct copy of the receipt

21  produced by Ms. Brun in this litigation (PL00002), marked as Exhibit 3 to the Brun

22  deposition, which Ms. Brun authenticated at page 49:11-49:24 of her deposition

23  transcript.

24       11.       Attached hereto as **Exhibit G** is a true and correct copy of a photograph

25  of the Moodstruck 3D Fiber Lashes product at issue (the "Lash Enhancer"), marked

26  as Exhibit 6 to the Brun deposition, which Ms. Brun authenticated at page 111:5-10

27  of her deposition transcript.

28

12.     Attached hereto as **Exhibit H** is a true and correct copy of a photograph of the Lash Enhancer, marked as Exhibit 8 to the Brun deposition, which Ms. Brun authenticated at page 120:6-11 of her deposition transcript.

13.     Attached hereto as **Exhibit I** is a true and correct copy of a photograph of the Lash Enhancer, marked as Exhibit 9 to the Brun deposition, which Ms. Brun authenticated at pages 123:22-124:1 of her deposition transcript.

14.     Attached hereto as **Exhibit J** is a true and correct copy of a screen shot taken by Ms. Brun of an "Order Confirmation" for the Lash Enhancer, marked as Exhibit 13 to the Brun deposition, which Ms. Brun authenticated at page 128:2-10 of her deposition transcript.

15.     Attached hereto as **Exhibit K** is a true and correct copy of a screen shot taken by Ms. Brun of an "Order Confirmation" for the Lash Enhancer, marked as Exhibit 14 to the Brun deposition, which Ms. Brun authenticated at pages 129:21-130:6 of her deposition transcript.

16.     Attached hereto as **Exhibit L** is a true and correct copy of a screen shot taken by Ms. Brun of an "Order Confirmation" for the Lash Enhancer, marked as Exhibit 15 to the Brun deposition, which Ms. Brun authenticated at page 131:13-25 of her deposition transcript.

17.     Attached hereto as **Exhibit M** is a true and correct copy of a screen shot taken by Ms. Brun of an "Order Confirmation" for the Lash Enhancer, marked as Exhibit 16 to the Brun deposition, which Ms. Brun authenticated at page 139:15-23 of her deposition transcript.

18.     Attached hereto as **Exhibit N** is a true and correct copy of a screen shot taken by Ms. Brun of an "Order Confirmation" for the Lash Enhancer, marked as Exhibit 17 to the Brun deposition, which Ms. Brun authenticated at page 141:12-19 of her deposition transcript.

19.     Attached hereto as **Exhibit O** is a true and correct copy of a screen shot taken by Ms. Brun of an "Order Confirmation" for the Lash Enhancer, marked as

-4-

1   Exhibit 18 to the Brun deposition, which Ms. Brun authenticated at page 142:5-16

2   or her deposition transcript.

3       20.     Attached hereto as **Exhibit P** is a true and correct copy of a screen shot

4   taken by Ms. Brun of an "Order Confirmation" for the Lash Enhancer, marked as

5   Exhibit 20 to the Brun deposition, which Ms. Brun authenticated at page 153:16-22

6   of her deposition transcript.

7       21.     Attached hereto as **Exhibit Q** is a true and correct copy of a screen shot

8   from a YouTube video that Ms. Brun made, marked as Exhibit 26 to the Brun

9   deposition, which Ms. Brun authenticated at pages 231:16-234:20 of her deposition

10  transcript.

11      22.     Attached hereto as **Exhibit R** is a true and correct copy of printout of

12  Ms. Brun's Online Younique Boutique on Facebook, marked as Exhibit 27 to the

13  Brun deposition, which Ms. Brun authenticated at pages 234:21-235:8 of her

14  deposition transcript.

15      23.     Attached hereto as **Exhibit S** is true and correct copy of an image

16  depicting the packaging for the Lash Enhancer, previously marked as Exhibit 45 to

17  the Brun deposition, which Ms. Orlowsky authenticated at page 168:13-19 of her

18  deposition transcript (Exhibit B).

19      24.     Attached hereto as **Exhibit T** is a true and correct copy of an image

20  depicting the Lash Enhancer tubes, previously marked as Exhibit 51 to the Brun

21  deposition, which Ms. Orlowsky authenticated at page 169:25-170:5 of her

22  deposition transcript (Exhibit B).

23      25.     Attached hereto as **Exhibit U** are true are correct copies of "Order

24  Conformations" for the Lash Enhancer, marked as Exhibit 61 to the Orlowsky

25  deposition, which Ms. Orlowsky authenticated at pages 23:9-24:12, 27:14-28:2 and

26  29:1-30:19 of her deposition transcript.

27      26.     Attached hereto as **Exhibit V** is a true and correct copy of a screen shot

28  of a posting from Ms. Orlowsky's Instagram account dated February 12, 2015,

marked as Exhibit 64 to the Orlowsky deposition, which Ms. Orlowsky authenticated at pages 95:18-97:2 of her deposition transcript.

27.    Attached hereto as **Exhibit W** is a true and correct copy of a screen shot of a posting from Ms. Orlowsky's Instagram account dated April 22, 2015, marked as Exhibit 65 to the Orlowsky deposition, which Ms. Orlowsky authenticated at page 97:3-20 of her deposition transcript.

28.    Attached hereto as **Exhibit X** is a true and correct copy of a screen shot of a posting from Ms. Orlowsky's Instagram account dated May 20, 2015, marked as Exhibit 66 to the Orlowsky deposition, which Ms. Orlowsky authenticated at pages 97:21-98:12 of her deposition transcript.

29.    Attached hereto as **Exhibit Y** is a true and correct copy of a screen shot of a posting from Ms. Orlowsky's Instagram account dated June 3, 2015, marked as Exhibit 67 to the Orlowsky deposition, which Ms. Orlowsky authenticated at page 100:2-18 of her deposition transcript.

30.    Attached hereto as **Exhibit Z** is a true and correct copy of a screen shot of a posting from Ms. Orlowsky's Instagram account dated October 4, 2015, marked as Exhibit 77 to the Orlowsky deposition, which Ms. Orlowsky authenticated at pages 108:16-109:3 of her deposition transcript.

31.    Attached hereto as **Exhibit AA** is a true and correct copy of a screen shot of a posting from Ms. Orlowsky's Instagram account dated October 14, 2015, marked as Exhibit 78 to the Orlowsky deposition, which Ms. Orlowsky authenticated at page 110:1-15 of her deposition transcript.

32.    Attached hereto as **Exhibit BB** is a true and correct copy of a screen shot of a posting from Ms. Orlowsky's Instagram account dated November 13, 2014, marked as Exhibit 79 to the Orlowsky deposition, which Ms. Orlowsky authenticated at pages 110:16-111:8 of her deposition transcript.

33.    Attached hereto as **Exhibit CC** is a true and correct copy of a screen shot of a posting from Ms. Orlowsky's Instagram account dated December 7, 2014,

-6-

1  marked as Exhibit 80 to the Orlowsky deposition, which Ms. Orlowsky

2  authenticated at pages 111:9-112:4 of her deposition transcript.

3       34.     Attached hereto as **Exhibit DD** is a true and correct copy of a print out

4  of an "Order Confirmation" relating to Ms. Reilly's purchase of the Lash Enhancer,

5  marked as Exhibit 90 to the Reilly deposition, which Ms. Reilly authenticated at

6  pages 92:1-93:6 of her deposition transcript.

7       35.     Younique propounded identical document requests on each of the four

8  Plaintiffs on February 14, 2018.  The request propounded to Plaintiff Schmitt, a true

9  and correct copy of which is attached hereto as **Exhibit EE**, exemplifies and is

10  consistent with the requests on the other three Plaintiffs.

11       36.     Attached hereto as **Exhibit FF** is a true and correct copy of Plaintiff

12  Reilly's Response to Younique's First Set of Requests for Production of Documents

13  dated March 14, 2018 that our office received.

14       37.     Attached hereto as **Exhibit GG** is a true and correct copy of Plaintiff

15  Orlowsky's Response to Younique's First Set of Requests for Production of

16  Documents dated March 14, 2018 that our office received.

17       38.     Attached hereto as **Exhibit HH** is a true and correct copy of Plaintiff

18  Orlowsky's Response to Younique's Second Set of Requests for Production of

19  Documents dated May 18, 2018 that our office received.

20       39.     Attached hereto as **Exhibit II** is a true and correct copy of Plaintiff

21  Schmitt's Response to Younique's First Set of Requests for Production of

22  Documents dated March 14, 2018 that our office received.

23       40.     Attached hereto as **Exhibit JJ** is a true and correct copy of Plaintiff

24  Brun's Response to Younique's First Set of Requests for Production of Documents

25  dated March 14, 2018 that our office received.

26       41.     On August 1, 2018, Plaintiffs served the expert report of Donald M.

27  May, Ph.D., on our office, a true and correct copy of which is attached hereto as

28  **Exhibit KK**.

-7-

42.    On July 30, 2018, Plaintiffs served a subpoena on third party consumer data company IRI Worldwide, a true and correct copy of which is attached hereto as **Exhibit LL**.  I am informed and believe that on behalf of Younique, my colleague, Abby Meyer, requested copies of whatever documents IRI Worldwide produced in response to the subpoena.  We have not received any documents and therefore assume that no documents have been produced.

43.    After I conferred with Adam Gonnelli, Plaintiffs' counsel as to the types of sales data they needed for the Lash Enhancer, Younique produced sales data and retail pricing in Excel format on April 18, 2018.  Attached hereto as **Exhibit MM** is a true and correct copy of the email correspondence of Mr. Moss memorializing the discussions of counsel.

44.    Younique has met and conferred with Plaintiffs' counsel concerning Younique's Motion, consistent with Local Rule 7-3.  I am informed and believe that my colleague, Ms. Meyer, had a telephonic conference with Plaintiffs' counsel on September 10, 2018.  Ms. Meyer confirmed the discussion and followed up with Plaintiffs' counsel via email on September 11 and September 12, 2018, and I was copied on those emails.  A true and correct copy of this email correspondence is attached hereto as **Exhibit NN**.

I declare under penalty of perjury under the laws of the state of the United States and the State of California that the foregoing is true and correct.

Executed on this 17th day of September 2018, at San Diego, California.


*/s/ Sascha Henry*
_____
SASCHA HENRY

SMRH:487822180.2         DECLARATION OF SASCHA HENRY ISO MOTION FOR SUMMARY JUDGMENT

# EXHIBIT A

## SUBMITTED UNDER SEAL

# EXHIBIT B

## SUBMITTED UNDER SEAL

# EXHIBIT C

## SUBMITTED UNDER SEAL

Exhibit C
Page 11

# EXHIBIT D

## SUBMITTED UNDER SEAL

# EXHIBIT E



**The Sultzer Law Group** P.C.

*A Complex Litigation & Trial Practice*

NEW YORK | PENNSYLVANIA | NEW JERSEY | CALIFORNIA

March 14, 2018

**VIA OVERNIGHT MAIL**
**AND EMAIL**
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street
43rd Floor
Los Angeles, CA 90071

Attn: Sascha Henry, Esq.
      Jonathan D. Moss, Esq.

Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive
4th Floor
Costa Mesa, CA 92626

Attn: Abby H. Meyer, Esq.

**RE: Megan Schmitt, et al. v. Younique, LLC**

Dear Counselors:

    We enclose the following documents:

- Plaintiffs' Response to Defendants Requests For Production Propounded To Plaintiff Deana Reilly Set No. One;
- Plaintiffs' Response to Defendants Requests For Production Propounded To Plaintiff Carol Orlowsky Set No. One;
- Plaintiffs' Response to Defendants Requests For Production Propounded To Plaintiff Megan Schmitt Set No. One;
- Plaintiffs' Response to Defendants Requests For Production Propounded To Plaintiff Stephanie Miller Brun Set No. One;
- Plaintiffs' Response to Defendants Special Interrogatories Propounded to Plaintiff Stephanie Miller Brun Set No. One;
- Plaintiffs' Response to Defendants Special Interrogatories Propounded to Plaintiff Deana Reilly Set No. One;

| wns: S. BRUN | *DEFT EX. |
| date: 6/25/2018 | 3 |
| csr: V. Kobat, CSR 6360 | |

Exhibit E
Page 14

- Plaintiffs' Response to Defendants Special Interrogatories Propounded to Plaintiff Carol Orlowsky Set No. One;
- Plaintiffs' Response to Defendants Special Interrogatories Propounded to Plaintiff Megan Schmitt Set No. One; and
- Disclosure Documents Younique PL00001 through Younique PL00008.

Thank you.

Very truly yours,

THE SULTZER LAW GROUP P.C.

Jason P. Sultzer

JPS/amc
Enclosures

**Dear Deana Reilly,**

Thank You for Your Order!

Please keep this email for your records:

| | |
|---|---|
| **Order #:** | 3573092 |
| **Party Name:** | Carolina Testani's 3D Mascara Party! |
| **Party Host:** | Carolina Testani |
| **Party Points:** | 415.00 |

| SKU | Product | Unit Price | Qty | Total |
|---|---|---|---|---|
| US-1017-00 | Moodstruck 3D Fiber Lashes | 29.00 | 1 | 29.00 |
| US-11002-01 | Moodstruck Matte Pigment - Beautiful | 12.50 | 1 | 12.50 |
| | | Item Total: | | 41.50 |
| | | Tax: | | 2.70 |
| | | Shipping: | | 5.50 |
| | | **Grand Total:** | | $49.70 |

Orders typically leave the Younique warehouse within 3 business days.

**Younique PL00001**

Exhibit E
Page 16



## Order Details

Order ID: #2382420
Order Completed: 11/14/2014
Purchased by: Stephanie Miller Brun
Shipped to: Stephanie Miller Brun
REDACTED

Cleveland, Ohio REDACTED

Shipping Method: Economy Shipping
Tracking Numbers:

Package #1

Click here to view progress

Order Shipment Package Id    2382572

Date Shipped                 11/18/2014

Package Contents             Show Contents

US-1051-00

Moodstruck Glorious Face & Eye Primer

$39.00

1

$39.00

US-1017-00

Moodstruck 3D Fiber Lashes

$29.00

Younique PL00002

1

Exhibit E
Page 17



United States Department of Agriculture   1400 Independence Avenue SW.        NOP 5033-1
Agricultural Marketing Service            Room 2646-South Building           Effective Date: TBD
National Organic Program                  Washington, DC 20250                Page 1 of 3

### Draft Guidance
### Decision Tree for Classification of Materials
### as Synthetic or Nonsynthetic

Underlined terms defined on page 2



Authorized Distribution: Public

Younique PL00003

Exhibit E
Page 18



United States Department of Agriculture    1400 Independence Avenue SW,    NOP 5033-1
Agricultural Marketing Service    Room 2646-South Building    Effective Date: TBD
National Organic Program    Washington, DC 20250    Page 2 of 3

**Definitions (bolded terms in 7 CFR 205.2)**

**Agricultural inputs.** All substances or materials used in the production or handling of organic agricultural products.

**Agricultural product.** Any agricultural commodity or product, whether raw or processed, including any commodity or product derived from livestock, that is marketed in the United States for human or livestock consumption.

**Allowed synthetic.** A substance that is included on the National List of synthetic substances allowed for use in organic production or handling.

*Chemical change.* A process (i.e. chemical reaction) whereby a substance is transformed into one or more other distinct substances.

*Extract.* To separate, withdraw, or obtain one or more constituents of an organism, substance, or mixture by use of solvents (dissolution), acid-base extraction, or mechanical or physical methods.

*Formulate.* To combine different materials according to a recipe or formula.

*Generic.* The common and familiar non-proprietary name.

*Manufacture.* To make a substance from raw materials.

*Natural source.* Naturally occurring mineral or biological matter.

*Naturally occurring biological process.* A process that occurs due to the action of biological organisms or subcomponents of biological organisms, such as enzymes. Examples of naturally occurring biological processes include, but are not limited to, fermentation, composting, manure production, enzymatic processes, and anaerobic digestion.

**Nonagricultural substance.** A substance that is not a product of agriculture, such as a mineral or a bacterial culture, that is used as an ingredient in an agricultural product. For the purposes of this part, a nonagricultural ingredient also includes any substance, such as gums, citric acid, or pectin, that is extracted from, isolated from, or a fraction of an agricultural product so that the identity of the agricultural product is unrecognizable in the extract, isolate, or fraction.

**Nonsynthetic (natural).** A substance that is derived from mineral, plant, or animal matter and does not undergo a synthetic process as defined in section 6502(21) of the Act (7 U.S.C. 6502(21)). For the purposes of this part, nonsynthetic is used as a synonym for natural as the term is used in the Act.

*Substance.* A generic type of material, such as an element, molecular species, or chemical compound, that possesses a distinct identity (e.g. having a separate Chemical Abstracts Service

**Younique PL00004**

Exhibit E
Page 19



United States Department of Agriculture  1400 Independence Avenue SW.
Agricultural Marketing Service  Room 2646-South Building
National Organic Program  Washington, DC 20250

NOP 5033-1
Effective Date: THD
Page 3 of 3

(CAS) number, Codex International Numbering System (INS) number, or FDA or other agency
standard of identity).

**Synthetic.** A substance that is formulated or manufactured by a chemical process or by a process
that chemically changes a substance extracted from naturally occurring plant, animal, or mineral
sources, except that such term shall not apply to substances created by naturally occurring biological
processes.

Table 1. Classification examples of inputs:

| Substance | Classification | Explanation |
|---|---|---|
| Ash (burned wood) | Nonsynthetic | Substance is created by burning biological matter. |
| Calcium carbonate (limestone) | Nonsynthetic | Substance is produced from a natural source (mined mineral) and does not undergo chemical change. |
| Calcium oxide (quicklime) | Synthetic | Substance is produced from a natural source (mined mineral), but undergoes chemical change caused by heating the mineral. |
| Citric acid | Nonsynthetic | Substance is created from a naturally occurring biological process (microbial fermentation of carbohydrate substances). |
| Enzymes, without synthetic additional ingredients | Nonsynthetic | Substance is extracted from a natural source and is not formulated with synthetic ingredients |
| Gibberellic acid | Nonsynthetic | Substance is extracted from a natural source without further chemical change |
| Liquid fish products – pH adjusted with phosphoric acid | Synthetic | Substance is derived from a natural source, but is treated with synthetic acids for pH adjustment. |
| Molasses | Nonsynthetic | Substance is derived from a natural source and chemical change is due to heating or naturally occurring biological processes. |
| Newspaper | Synthetic | Substance is manufactured via a chemical process. |
| Raw manure | Nonsynthetic | Substance is from a natural source and used without further processing. |
| Rosemary oil | Nonsynthetic | Substance is extracted from a natural source. |

Younique PL00005

Exhibit E
Page 20



A Complex Litigation & Trial Practice

NEW YORK | PENNSYLVANIA | NEW JERSEY | CALIFORNIA

August 11, 2017

## SENT VIA CERTIFIED MAIL
## RETURN RECEIPT REQUESTED

Younique, LLC
3400 Mayflower Avenue
Lehi, UT 84043
Attn: Legal Department

Coty, Inc.
350 Fifth Avenue
New York, NY 10118
Attn: Legal Department

### *Re: Notification and Pre-Lawsuit Demand Pursuant to California Code of Civil Procedure § 1021.5 and California Civil Code §1782 Concerning Younique Moonstruck 3D Fiber Lashes*

To Whom It May Concern:

We write on behalf of our client, California resident Megan Schmitt. Our client represents a class of national consumers consisting of purchasers of Younique Moodstruck 3D Fiber Lashes (the "Product").

Our client writes (i) to satisfy the notice and demand requirements of California *Code of Civil Procedure* §1021.5 and *Civil Code* §1782; (ii) to satisfy the notice requirement for claims of breaches of warranty; and (iii) to request the preservation of potentially relevant evidence.

### CLRA NOTICE

Our client purchased the Product in California and did so in reliance on the representation by defendants that the Product was "natural" and contained "100% Green Tea Fibers." However, the Product contained both synthetic ingredients and ingredients which are not green tea fibers, such as nylon.

Accordingly, you are hereby notified of the following violations of the CLRA:

- §1770(a)(5)- representing that the Product had characteristics, ingredients, benefits and uses which it does not have;

- §1770(a)(7)- representing that the Product was of a particular standard, quality, or grade when it was of another; and

280 Highway 35, Suite 501 | Red Bank, New Jersey 07701 | Phone (732) 711-1290 | Fax: (888) 749-7747 | thesultzerlawgroup.com

**Younique PL00006**

Exhibit E
Page 21

• §1770(a)(9)- Advertising the Product with the intent not to sell it as advertised.

Our client, on behalf of a proposed national class, hereby demands that you rectify these violations on a class-wide basis and make full restitution to all purchasers of the Product.

## WARRANTY NOTICE

Pursuant to California Commercial Code § 2607(3)(A), and other state and federal law, our client hereby notifies you of your breaches of warranty. You have breached your warranties by representing the Product as containing "natural" ingredients and "100% Green Tea Fibers" when the Product actually contained synthetic ingredients and ingredients other than green tea fibers.

## DOCUMENT PRESERVATION

Even though litigation has not (and may not) commence, this letter shall serve as notice of the importance of preserving potentially relevant evidence should litigation be necessary.

Our client requests that you preserve all documents, emails, other electronically stored information and other evidence which refer or relate to any of the above-described practices, including, but not limited to:

1) All material concerning the creation of Product marketing materials, including those given to sales representatives and presenters;

2) All material concerning the creation of Product labels;

3) All material concerning advertising practices regarding the Product;

4) All material concerning the claim that the Product contained "natural" fibers;

5) All material concerning the claim that the Product contained "100% Green Tea Fibers";

6) All material concerning the ingredients and composition of the Product;

7) All material concerning communication with any government agency concerning the Product;

8) All material concerning the sales volume of the Product; and

9) All material concerning the identity of potential class members.

Please contact the undersigned if there are any questions or concerns.

Younique PL00007

Exhibit E
Page 22

Sincerely,

Adam Gionnelli

Younique PL00008

# EXHIBIT F



# EXHIBIT G



# EXHIBIT H



Exhibit H
Page 29

# EXHIBIT I

Exhibit I
Page 30



Exhibit I
Page 31

# EXHIBIT J



Dear Stephanie Miller-Brun,

Thank You for Your Order!

Please keep this email for your records:

| | |
|---|---|
| Order #: | 2742919 |
| Party Name: | Stephane's AMAZING Online 3D MASCARA Party!! |
| Party Host: | Stephane Miller-Brun |
| Party Points: | 1450.00 |

| SKU | Product | Unit Price | Qty | Total |
|---|---|---|---|---|
| US-1017-00 | Moodstruck 3D Fiber Lashes | 29.00 | 5 | 145.00 |
| | | Item Total: | | 145.00 |
| | | Tax: | | 11.60 |
| | | Shipping: | | 0.00 |
| | | **Grand Total:** | | **$156.60** |
| | | **Royals Points:** | | **145.00** |

Orders typically leave the Younique warehouse within 3 business days.

wns:  S. BRUN          *DEFT EX.

date:  6/25/2018          13

csr:  V. Kubat, CSR 6360

# EXHIBIT K



| SKU | Product | Unit Price | Qty | Total |
|---|---|---|---|---|
| US-41061-01 | Gimme Everything Collection | 290.00 | 1 | 290.00 |
| US-1017-00 | Moodstruck 3D Fiber Lashes | 0.00 | 1 | 0.00 |
| US-1062-03 | Moodstruck Concealer - Frivolous | 0.00 | 1 | 0.00 |
| US-1051-00 | Moodstruck Glorious Face & Eye Primer | 0.00 | 1 | 0.00 |
| US-1082-03 | Touch Cream Foundation - Velour | 0.00 | 1 | 0.00 |
| US-12201-01 | Uplift Eye Serum | 0.00 | 1 | 0.00 |
| US-11801-09 | Lucrative Lip Gloss - Luscious | 0.00 | 1 | 0.00 |
| US-12101-01 | Moodstruck Precision Pencils - for Lips - Perky | 0.00 | 1 | 0.00 |
| US-12101-02 | Moodstruck Precision Pencils - for Lips - Pompous | 0.00 | 1 | 0.00 |
| US-12101-05 | Moodstruck Precision Pencils - for Lips - Primal | 0.00 | 1 | 0.00 |
| US-11901-01 | Illuminate Clean | 0.00 | 1 | 0.00 |
| US-11701-01 | Divine Daily Moisturizer | 0.00 | 1 | 0.00 |
| US-11002-08 | Moodstruck Matte Pigment - Infatuated | 0.00 | 1 | 0.00 |
| US-11002-16 | Moodstruck Matte Pigment - Vulnerable | 0.00 | 1 | 0.00 |
| | | Item Total: | | 290.00 |

witn: S. BRUN    *DEFT EX.
date: 6/25/2018    14
csr: V. Kubat, CSR 6360

# EXHIBIT L

Exhibit L

Page 36



Dear Stephanie Miller-Brun,

Thank You for Your Order!

Please keep this email for your records:

| | |
|---|---|
| Order #: | 2844877 |
| Party Name: | Stephane's Lash Stash! |
| Party Host: | Stephane Miller-Brun |
| Party Points: | 150.00 |

| SKU | Product | Unit Price | Qty | Total |
|---|---|---|---|---|
| US-1017-00 | Moodstruck 3D Fiber Lashes<br>Half Price Promotion -$14.50 | 29.00 | 1 | 14.50 |
| US-11701-01 | Divine Daily Moisturizer<br>Half Price Promotion -$19.50 | 39.00 | 1 | 19.50 |
| US-12101-03 | Moodstruck Precision Pencils - for Lips - Posh | 15.00 | 1 | 15.00 |

| | |
|---|---|
| Item Total: | 49.00 |
| Tax: | 3.92 |
| Shipping: | 5.50 |
| **Grand Total:** | **$58.42** |
| Royals | |

Exhibit L
Page 37

# EXHIBIT M



# EXHIBIT N



Dear Stephanie Miller-Brun,

Thank You for Your Order!

Please keep this email for your records:

| | |
|---|---|
| Order #: | 3262892 |
| Party Name: | Stephanie's Younique Boutique! |
| Party Host: | Stephanie Miller-Brun |
| Party Points: | 2460.00 |

| SKU | Product | Unit Price | Qty | Total |
|---|---|---|---|---|
| US-31801-02 | Lucrative Lip Gloss Set of 10 | 119.00 | 1 | 119.00 |
| US-11801-01 | Lucrative Lip Gloss - Ladylike | 0.00 | 1 | 0.00 |
| US-11801-02 | Lucrative Lip Gloss - Lavish | 0.00 | 1 | 0.00 |
| US-11801-03 | Lucrative Lip Gloss - Lethal | 0.00 | 1 | 0.00 |
| US-11801-04 | Lucrative Lip Gloss - Livid | 0.00 | 1 | 0.00 |
| US-11801-05 | Lucrative Lip Gloss - Loveable | 0.00 | 1 | 0.00 |
| US-11801-06 | Lucrative Lip Gloss - Lovesick | 0.00 | 1 | 0.00 |
| US-11801-07 | Lucrative Lip Gloss - Loyal | 0.00 | 1 | 0.00 |
| US-11801-08 | Lucrative Lip Gloss - Lucky | 0.00 | 1 | 0.00 |
| US-11801-09 | Lucrative Lip Gloss - Luscious | 0.00 | 1 | 0.00 |
| US-11801-10 | Lucrative Lip Gloss - Luxe | 0.00 | 1 | 0.00 |
| US-1017-00 | Moodstruck 3D Fiber Lashes | 29.00 | 2 | 58.00 |
| US-32101-01 | Moodstruck Precision Pencil - Set of 3 | 40.00 | 1 | 40.00 |

wns: S. BRUN    *DEFT EX.
date: 6/25/2018    17
csr: V. Kubat, CSR 6360

# EXHIBIT O



Dear Stephanie Miller-Brun,

Thank You for Your Order!

Please keep this email for your records:

| | |
|---|---|
| Order #: | 3701906 |
| Party Name: | Stephanie's Younique Boutique! |
| Party Host: | Stephanie Miller-Brun |
| Party Points: | 3520.00 |

| SKU | Product | Unit Price | Qty | Total |
|---|---|---|---|---|
| US-91501-01 | Love It Bundle | 50.00 | 1 | 50.00 |
| US-1017-00 | Moodstruck 3D Fiber Lashes | 0.00 | 1 | 0.00 |
| US-11801-06 | Lucrative Lip Gloss - Lovesick | 0.00 | 1 | 0.00 |
| US-12102-01 | Moodstruck Precision Pencils - for Eyes - Passionate | 0.00 | 1 | 0.00 |
| US-11301-05 | Sweet | 29.00 | 1 | 29.00 |
| US-11902-01 | Illuminate Clear | 39.00 | 1 | 39.00 |
| US-11301-01 | Scandalous | 29.00 | 2 | 58.00 |
| | | Item Total: | | 176.00 |
| | | Tax: | | 14.08 |
| | | Shipping: | | 0.00 |
| | | Grand Total: | | $190.08 |
| | | Royals | | 176.00 |

wns: S. BRUN    *DEFT EX.
date: 6/25/2018    18
csr: V. Kubat, CSR 6360

# EXHIBIT P



Dear Stephanie Miller-Brun,

Thank You for Your Order!

Please keep this email for your records:

| | |
|---|---|
| Order #: | 4583431 |
| Party Name: | Stephanie's Younique Boutique |
| Party Host: | Stephanie Miller-Brun |
| Party Points: | 120.00 |

| SKU | Product | Unit Price | Qty | Total |
|---|---|---|---|---|
| US-1017-00 | Moodstruck 3D Fiber Lashes | 29.00 | 1 | 29.00 |
| US-11902-01 | Illuminate Clear | 39.00 | 1 | 39.00 |
| US-11402-05 | Touch Pressed Powder Foundation - Chiffon | 32.00 | 1 | 32.00 |
| US-52031-01 | Foundation Brush | 20.00 | 1 | 20.00 |
| | | Item Total: | | 120.00 |
| | | Tax: | | 9.60 |
| | | Shipping: | | 0.00 |
| | | **Final Order Total:** | | $129.6 |

# EXHIBIT Q



My Younique Mascara Demo.wmv

158 views

👍 3   👎 0   ➤ SHARE   ☰+   •••



Stephanie Miller Brun
Published on Nov 12, 2014

SUBSCRIBE 1

wns: S. BRUN   *DEFT EX.
date: 6/25/2018   26
csr: V. Kubat, CSR 6360

26

Exhibit Q
Page 47

# EXHIBIT R



Stephanie's Younique Boutique

Abby Home 20+

Stephanie's Younique Boutique
@StephaniesLashStash

**Home**
Posts
Videos
Photos
About
Community

Create a Page

Like Follow Share Send Message

Status Photo/Video

Write something on this Page...

**Posts**

**Stephanie's Younique Boutique**
August 4 ·

This month's Customer Kudos is ❤EXTRA SPECIAL❤
This bundle is a special collection in collaboration with The Younique Foundation. It honors the resilience of adult female survivors of child and adolescent sexual abuse. All proceeds from each sale will benefit The Younique Foundation. WHAT??!!😍😍😍
You get all three limited edition products for $69!!
Pick up your bundle today, and help change lives forever!!😘😘

Like Comment Share

Top Comments

Health/Beauty

Very responsive to messages

**Community** See All
Invite your friends to like this Page
179 people like this
174 people follow this

**About** See All
2163701585
Typically replies within minutes
Send Message
www.StephaniesLashStash.com
Health/Beauty

**People Also Like**

**Kim's Lash Boutique**
Health/Beauty — Like

**Be Lashtastic with Cis**
Health/Beauty — Like

**Debi Steele Cox**
Health/Beauty — Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2017

Chat (Off)

wns: S. BRUN *DEFT EX. 27
date: 6/25/2018
csr: V. Kubat, CSR 6360

10/17/2017

(1) Stephanie's Younique Boutique - Home

Write a comment...

View 1 comment

**Stephanie's Younique Boutique**
July 31 ·

Hey ladies!!!! The ONE STEP Mascara and the new LASH SERUM will be available for purchase TOMORROW!! Yay!!! 💃 💃
Also, check out these sweet deals on the new products. 😉
Message me if you'd like me to order for you or simply place your order at StephaniesLashStash.com

Stephanie's
Younique Boutique
@StephaniesLashStash



Like          Comment          Share

See All

**Videos**

Happy Holidays everyone! 😊 🎅 🎄 🎁 😄

Exhibit R
Page 50

10/17/2017                                   (1) Stephanie's Younique Boutique - Home

Check out how super EASY                     Younique to the rescue yet a

See All

**Photos**

Stephanie's
Younique Boutique
@StephaniesLashStash





See All

**Posts**

**Stephanie's Younique Boutique**
July 17 ·

Younique is releasing a ONE-STEP MASCARA and a LASH SERUM!!
WHAAAAAT????!!!!
How freakin AH-MAZING!!!
These products will be available on August 1st!!!

Who wants to try it!?

Chat (Off)

Exhibit R
Page 51