SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
SASCHA HENRY, Cal. Bar No. 191914
JONATHAN D. MOSS, Cal. Bar No. 252376
shenry@sheppardmullin.com
jmoss@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
ABBY H. MEYER, Cal. Bar No. 294947
ameyer@sheppardmullin.com
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendant Younique, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>YOUNIQUE, LLC<br><br>    Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER ON JURY TRIAL**<br><br>The Hon. James V. Selna<br>Santa Ana, Courtroom 10C<br><br>SACC filed: January 4, 2018<br>Trial Date: February 19, 2019 |

# ORDER

The Court, having considered the Parties' stipulation and, finding good cause to modify the scheduling order, hereby orders:

The following dates and deadlines previously ordered by the Court on December 11, 2017 (Dkt. 56 & 56-1), December 12, 2017 (Order on Jury Trial, Dkt. 57), May 29, 2018 (Dkt. 67) and September 19, 2018 (Dkt. 99) are vacated, and shall be modified as follows:

a. The hearing on Plaintiffs' motion for class certification and Defendant's motion for summary judgment shall be **November 19, 2018 at 1:30 p.m.**

b. Plaintiffs' reply in support of their motion for class certification, and Defendant's reply in support of its motion for summary judgment, shall be filed on **November 5, 2018**.

c. Plaintiffs' opposition to the motion for summary judgment, and Defendant's opposition to the motion for class certification, shall be filed on **October 22, 2018**.

d. Disclosures of any rebuttal experts shall be made before midnight on **October 22, 2018**.

Except as stated herein, all other dates and deadlines in the December 11, 2017 Minute Order (Dkt. 56 & 56-1), Order re: Jury Trial (Dkt 57) shall continue to apply, and fact discovery remains closed.

**IT IS SO ORDERED.**

Dated: September 25, 2018

_____
Hon. James V. Selna
United States District Judge