SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
SASCHA HENRY, Cal. Bar No. 191914
JONATHAN D. MOSS, Cal. Bar No. 252376
shenry@sheppardmullin.com
jmoss@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
ABBY H. MEYER, Cal. Bar No. 294947
ameyer@sheppardmullin.com
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendant Younique, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>YOUNIQUE, LLC<br><br>    Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>The Hon. James V. Selna<br>Santa Ana, Courtroom 10C<br><br>YOUNIQUE, LLC'S<br>TRIAL WITNESS LIST<br><br>SACC filed: January 4, 2018<br><br>Trial Date: February 19, 2019<br>Time:<br>Courtroom: 10C |

-1-

Defendant Younique, LLC hereby submits the following list of witnesses it presently expects to offer at trial, other than those contemplated to be used for impeachment or rebuttal only:

| Name | Contact Information (if known) |
|---|---|
| Allen, Jesse* | Sheppard, Mullin, Richter & Hampton LLP |
| Huscraft, Melanie* | Sheppard, Mullin, Richter & Hampton LLP |
| Maxfield, Derek* | Sheppard, Mullin, Richter & Hampton LLP |
| Miller Brun, Stephanie | Nye, Peabody, Stirling, Hale & Miller, LLP; Carlson Lynch Sweet Kilpela & Carpenter, LLP; The Sultzer Law Group P.C.; Walsh, LLC |
| Orlowsky, Carol (by deposition testimony) | Nye, Peabody, Stirling, Hale & Miller, LLP; Carlson Lynch Sweet Kilpela & Carpenter, LLP; The Sultzer Law Group P.C.; Walsh, LLC |
| Phillips, Robert* | Sheppard, Mullin, Richter & Hampton LLP |
| Ranallo, Vrena* | Sheppard, Mullin, Richter & Hampton LLP |
| Reilly, Deana | Nye, Peabody, Stirling, Hale & Miller, LLP; Carlson Lynch Sweet Kilpela & Carpenter, LLP; The Sultzer Law Group P.C.; Walsh, LLC |
| Schleiffarth, Matt* | Sheppard, Mullin, Richter & Hampton LLP |
| Schmitt, Megan | Nye, Peabody, Stirling, Hale & Miller, LLP; Carlson Lynch Sweet Kilpela & Carpenter, LLP; The Sultzer Law Group P.C.; Walsh, LLC |
| Tomlin, Jonathan T. | Sheppard, Mullin, Richter & Hampton LLP |

| | |
|---|---|
| 1 | Dated: January 29, 2019 |
| 2 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 5 | By   /s/ Abby H. Meyer |
| 6 | SASCHA HENRY |
| 7 | JONATHAN D. MOSS |
| 7 | ABBY H. MEYER |
| 8 | Attorneys for Defendant Younique, LLC |