**NYE, STIRLING, HALE & MILLER, LLP**
Jonathan D. Miller (CA 220848)
Alison M. Bernal (CA 264629)
jonathan@nshmlaw.com
alison@nshmlaw.com
33 West Mission St., Suite 201
Telephone: (805) 963-2345
Facsimile: (805) 364-4508

**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com
1350 Columbia Street, Ste. 603
Telephone: (619) 762-1900
Facsimile: (619) 756-6991

*Attorneys for Plaintiffs and the Class*
*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUNIQUE, LLC,<br><br>Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>**PLAINTIFF'S TRIAL WITNESS LIST**<br><br>Pretrial Conference: February 4, 2019<br>Trial Date: February 19, 2019 |

Plaintiffs hereby submit the following list of names of witnesses they presently expect to offer at trial, other than those contemplated to be used for impeachment or rebuttal:

| Name | Contact Information (if known) |
|---|---|
| Schmitt, Megan | Nye, Stirling, Hale & Miller, LLP; Carlson Lynch Sweet Kilpela & Carpenter, LLP; The Sultzer Law Group P.C.; Walsh, LLC |
| Reilly, Deana | Nye, Stirling, Hale & Miller, LLP; Carlson Lynch Sweet Kilpela & Carpenter, LLP; The Sultzer Law Group P.C.; Walsh, LLC |
| Miller Brun, Stephanie | Nye, Stirling, Hale & Miller, LLP; Carlson Lynch Sweet Kilpela & Carpenter, LLP; The Sultzer Law Group P.C.; Walsh, LLC |
| Phillips, Robert | Nye, Stirling, Hale & Miller, LLP; Carlson Lynch Sweet Kilpela & Carpenter, LLP; The Sultzer Law Group P.C.; Walsh, LLC |
| Ranallo, Vrena | Nye, Stirling, Hale & Miller, LLP; Carlson Lynch Sweet Kilpela & Carpenter, LLP; The Sultzer Law Group P.C.; Walsh, LLC |
| May, Donald | Nye, Stirling, Hale & Miller, LLP; Carlson Lynch Sweet Kilpela & Carpenter, LLP; The Sultzer Law Group P.C.; Walsh, LLC |
| McFadden, Jeffrey | Nye, Stirling, Hale & Miller, LLP; Carlson Lynch Sweet Kilpela & Carpenter, LLP; The Sultzer Law Group P.C.; Walsh, LLC |
| Karen Griffin, Impact Analytical Senior Analytical Chemist | Nye, Stirling, Hale & Miller, LLP; Carlson Lynch Sweet Kilpela & Carpenter, LLP; The Sultzer Law Group P.C.; Walsh, LLC |
| Huscraft, Melanie | Sheppard, Mullin, Richter & Hampton LLP |
| Siddiqui, Mukhtar | Sheppard, Mullin, Richter & Hampton LLP |

| Memmott, Dixie | Sheppard, Mullin, Richter & Hampton LLP |

Dated: January 29, 2019     NYE, STIRLING, HALE & MILLER, LLP

By: */s/*
Jonathan D. Miller, Esq.
Alison M. Bernal, Esq.

Dated: January 29, 2019     CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP

By: */s/*
Ed Kilpela, Esq.

Dated: January 29, 2019     THE SULTZER LAW GROUP P.C.

By: */s/*
Adam Gonnelli, Esq.

Dated: January 29, 2019     WALSH, LLC

By: */s/*
Bonner Walsh, Esq.

*Attorneys for Plaintiffs and the Class*