| | |
|---|---|
| **NYE, STIRLING, HALE & MILLER, LLP**<br>Jonathan D. Miller (CA 220848)<br>Alison M. Bernal (CA 264629)<br>jonathan@nshmlaw.com<br>alison@nshmlaw.com<br>33 West Mission St., Suite 201<br>Telephone: (805) 963-2345<br>Facsimile: (805) 364-4508 | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>SASCHA HENRY (CA 191914)<br>shenry@sheppardmullin.com<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071-1422<br>Telephone: 213.620.1780<br>Facsimile: 213.620.1398 |
| **CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**<br>Todd D. Carpenter (CA 234464)<br>tcarpenter@carlsonlynch.com<br>1350 Columbia Street, Ste. 603<br>Telephone: (619) 762-1900<br>Facsimile: (619) 756-6991<br><br>*Attorneys for Plaintiffs and the Class*<br>*[Additional Counsel Listed on*<br>*Signature Page]* | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>ABBY H. MEYER (CA 294947)<br>ameyer@sheppardmullin.com<br>650 Town Center Drive, Fourth Floor<br>Costa Mesa, CA 92626-1993<br>Telephone: 714.513.5100<br>Facsimile: 714.513.5130<br><br>*Attorneys for Defendant Younique, LLC* |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>YOUNIQUE, LLC,<br><br>        Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>**JOINT TRIAL EXHIBIT LIST**<br><br><br>Pretrial Conference: February 4, 2019<br>Trial Date: February 19, 2019 |

-1-

1  Plaintiffs and Defendant, through their respective counsel of record, hereby
2  submit as Exhibit A their joint list of exhibits to be used in the trial of this matter.

3
4  Dated: January 29, 2019          NYE, STIRLING, HALE & MILLER, LLP

5                                   By:   /s/
                                        Jonathan D. Miller, Esq.
6                                       Alison M. Bernal, Esq.

7  Dated: January 29, 2019          CARLSON LYNCH SWEET
                                    KILPELA & CARPENTER, LLP
8
9                                   By:   /s/
                                        Ed Kilpela, Esq.
10
11 Dated: January 29, 2019          THE SULTZER LAW GROUP P.C.

12                                  By:   /s/
                                        Adam Gonnelli, Esq.
13
14 Dated: January 29, 2019          WALSH, LLC

15                                  By:   /s/
                                        Bonner Walsh, Esq.
16
17                                  *Attorneys for Plaintiffs and the Class*

18 Dated: January 29, 2019          SHEPPARD, MULLIN, RICHTER &
                                    HAMPTON, LLP
19
20                                  By:   /s/ Sascha Henry
                                        Sascha Henry, Esq.
21                                      Abby H. Meyer, Esq.

22                                  *Attorneys for Defendant Younique, LLC*

23
24  Local Rule 5-4.3.4 Certification: I hereby attest that all other signatories listed, on
25  whose behalf this filing is submitted, concur in the filing's content and have authorized
    this filing.                          /s/
26
                                        Alison M. Bernal
27
28
                                        -2-

# EXHIBIT A

| No. of Exhibit | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1. | YNQE0000994 (Product Label) (Ranallo Ex. 4) | Lacks foundation; unauthenticated; Incomplete document | | |
| 2. | YNQE0000731 (Product Label) | Lacks foundation; unauthenticated; Incomplete document. | | |
| 3. | YNQE 1291-1296 (labels email attachment from October 2014) (Ranallo Ex. 8) | Lacks foundation; unauthenticated; email is hearsay | | |
| 4. | 8.11.14 Younique Website Capture (Ex. 3 to Cert. Motion) | Lacks foundation; unauthenticated; document not disclosed during discovery | | |
| 5. | Jeff McFadden Report | Objections set forth in Younique's MIL #2 | | |
| 6. | YNQE0001014- 1018 (1.25.14 Email Re: Product Ingredients from Dixie Memmot to Melanie Huscroft w/ product ingredient list from Six Plus) (Ranallo Ex. 15) | Lacks foundation; unauthenticated; hearsay | | |
| 7. | YNQE0001239-1240 (March 2014 Email Re Green Tea classification) (Ranallo Ex. 5) | Lacks foundation; unauthenticated; hearsay | | |
| 8. | YNQE 1211 (Product Insert) (Ranallo Ex. 9) | Lacks foundation; unauthenticated | | |
| 9. | YNQE0001079-1081 (October 2013 Emails discussing dye in the Product) (Ranallo Ex. 14) | Lacks foundation; unauthenticated; hearsay | | |
| 10. | YNQE 1872-1897 (Presentation) (Ranallo Ex. 17) | Lacks foundation; unauthenticated | | |
| 11. | Photo of Product Packaging (Ranallo Ex. 7) | Lacks foundation; unauthenticated | | |
| 12. | Five Fiberlash Products Produced by Plaintiff at Stephanie Miller-Brun's Deposition | | | |

| No. of Exhibit | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 13. | Fiberlash Product Produced by Plaintiff at Megan Schmitt's Deposition | | | |
| 14. | Document with Product Ingredients Sent to Younique Employees (Ex. 4 to Cert Motion) | Lacks foundation; unauthenticated; hearsay | | |
| 15. | 1/18/18; Answer to Second Amended Complaint | Lacks foundation; hearsay | | |
| 16. | December 12, 2018 Report of Donald May | Objections set forth in Younique's MIL #1 | | |
| 17. | 3/11/15; Email thread with order confirmation and receipt from Younique to Deana Reilly  [Reilly Dep Exh 90] | | | |
| 18. | Computer screen capture of Younique order confirmation, Order Number 15493092 for Stephanie Brun (Document described as having an identifier of SMB007JPG contained in the email to which it was attached)  [Brun Dep Exh 4] | Object for relevance, to extent these aren't personal use purchases, and related to products not at issue in this litigation.  Incomplete document. | | |
| 19. | Computer screen capture of Younique order confirmation, Order Number 2382420 for Stephanie Brun (Document described as having an identifier of SMB008JPG contained in the email to which it was attached)  [Brun Dep Exh 12] | Object for relevance, to extent these aren't personal use purchases.  Incomplete document. | | |
| 20. | Computer screen capture of Younique order confirmation, Order Number 2742919 for Stephanie Brun (Document described as having an identifier of SMB009JPG contained in the email to which it was attached)   [Brun Dep Exh 13] | Object for relevance, to extent these aren't personal use purchases.  Incomplete document. | | |
| 21. | Computer screen capture of Younique order confirmation (Document described as having an identifier of SMB010JPG contained in the email to which it was attached)  [Brun Dep Exh 14] | Object for relevance, to extent these aren't personal use purchases. Incomplete document. | | |

| No. of Exhibit | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 22. | Computer screen capture of Younique order confirmation, Order Number 2844877 for Stephanie Brun (Document described as having an identifier of SMB011JPG contained in the email to which it was attached)   [Brun Dep Exh 15] | Object for relevance, to extent these aren't personal use purchases. Incomplete document. | | |
| 23. | Computer screen capture of Younique order confirmation, Order Number 3263041 for Stephanie Brun (Document described as having an identifier of SMB012JPG contained in the email to which it was attached)   [Brun Dep Exh 16] | Object for relevance, to extent these aren't personal use purchases. Incomplete document. | | |
| 24. | Computer screen capture of Younique order confirmation, Order Number 3262892 for Stephanie Brun (Document described as having an identifier of SMB013JPG contained in the email to which it was attached)   [Brun Dep Exh 17] | Object for relevance, to extent these aren't personal use purchases. Incomplete document. | | |
| 25. | Computer screen capture of Younique order confirmation, Order Number 3701906 for Stephanie Brun (Document described as having an identifier of SMB014JPG contained in the email to which it was attached)    [Brun Dep Exh 18] | Object for relevance, to extent these aren't personal use purchases.  Incomplete document. | | |
| 26. | Computer screen capture of Younique order confirmation, Order Number 4583431 for Stephanie Brun (Document described as having an identifier of SMB016JPG contained in the email to which it was attached)   [Brun Dep Exh 20] | Object for relevance, to extent these aren't personal use purchases. Incomplete document. | | |
| 27. | 1/4/18; Second Amended Class Action Complaint  [Brun Dep Exh 5] | Hearsay | | |
| 28. | 11/25/13; Younique purchase order to Senos Marketing Limited [YNQE0002967-YNQE0002970]  [Ranallo's PMK Dep Binder, Exh 17] | | | |

| No. of Exhibit | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 29. | Computer Screen Capture of Younique Presenters Guide in use during 2015. | Lacks foundation; unauthenticated; hearsay; relevance; not produced in discovery | | |
| 30. | YNQE0000345 (Sales Data Oct. 2012 – Nov. 2015) | Irrelevant to extent reflects sales past the statute of limitations | | |
| | **Defendant's Portion of Joint List** | | | |
| 31. | 3/14/18; Plaintiffs' Response to Defendants Requests for Production Propounded to Plaintiff Stephanie Miller Brun, Set No One  [Brun Dep Exh 2] *Offered for limited purposes only to establish failure to produce other discovery documents* | Any alleged failure to produce documents in discovery is not an issue that is properly before the jury.  Defendant has not made any motion in limine for a negative inference regarding any failure to produce other discovery documents. | | |
| 32. | 3/14/18; Letter with attachments from Sultzer Law Group to Sheppard Mullin transmitting plaintiffs' discovery responses [Brun Dep Exh 3] *Offered for limited purposes only to establish failure to produce other discovery documents* | Any alleged failure to produce documents in discovery is not an issue that is properly before the jury.  Defendant has not made any motion in limine for a negative inference regarding any failure to produce other discovery documents. | | |
| 33. | Lash Enhancer Photograph  [Brun Dep Exh 6] | | | |

| No. of Exhibit | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 34. | Lash Enhancer Photograph with Insert and Packaging  [Brun Dep Exh 8] *Offered for limited purpose only.* | Any alleged failure to produce documents in discovery is not an issue that is properly before the jury.  Defendant has not made any motion in limine for a negative inference regarding any failure to produce other discovery documents. | | |
| 35. | Lash Enhancer Photograph with Insert and Packaging  [Brun Dep Exh 9] | | | |
| 36. | Photograph of Younique mascara products  [Brun Dep Exh 10] | | | |
| 37. | 6/3/15; Computer screen capture of Gmail from Jamie H. to Stephanie Brun regarding 3D Fiber Lash (Document described as having an identifier of SMB017JPG contained in the email to which it was attached)   [Brun Dep Exh 21] | | | |
| 38. | 3/14/18; Plaintiffs' Response to Defendants Special Interrogatories Propounded to Plaintiff Stephanie Miller Brun, Set No One   [Brun Dep Exh 22] *Offered for limited purpose only.* | Any alleged failure to produce documents in discovery is not an issue that is properly before the jury.  Defendant has not made any motion in limine for a negative inference regarding any failure to produce other discovery documents. | | |

| No. of Exhibit | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 39. | 5/18/18; Plaintiffs' Response to Defendants Requests for Production Propounded to Plaintiff Stephanie Miller Brun, Set No Two   [Brun Dep Exh 23] *Offered for limited purpose only.* | Any alleged failure to produce documents in discovery is not an issue that is properly before the jury.  Defendant has not made any motion in limine for a negative inference regarding any failure to produce other discovery documents.. | | |
| 40. | Pinterest printout; "Stephanie's Younique Boutique!"  [Brun Dep Exh 24] | | | |
| 41. | 11/12/14; Printout of YouTube video entitled "My Younique Mascara Demo," published by Stephanie Miller Brun  [Brun Dep Exh 26] | | | |
| 42. | Photograph of Younique marketing asset (collection) [YNQE0000201]  [Brun Dep Exh 28] | | | |
| 43. | Printout from Youniqueproducts.com, "Get all the goodies" [YNQE0000203]  [Brun Dep Exh 29] | | | |
| 44. | Photograph of Younique marketing asset (tubes and case) [YNQE0000198]  [Brun Dep Exh 30] | | | |
| 45. | Photograph, woman, headshot  [YNQE0000200]  [Brun Dep Exh 31] | | | |
| 46. | Youniqueproducts.com page printout; "Face, meet your new friends"  [YNQE0000204]  [Brun Dep Exh 32] | | | |
| 47. | Youniqueproducts.com page printout; "Nature. Love. Science." [YNQE0000206]  [Brun Dep Exh 33] | | | |
| 48. | Photograph of woman  [YNQE0000207]  [Brun Dep Exh 34] | | | |

| No. of Exhibit | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 49. | Photograph of Younique marketing asset (collection) [YNQE0000209] [Brun Dep Exh 35] | | | |
| 50. | Photograph of Younique marketing asset (collection) [YNQE0000210] [Brun Dep Exh 36] | | | |
| 51. | Photograph of Younique marketing asset (collection) [YNQE0000211] [Brun Dep Exh 37] | | | |
| 52. | Photograph of Younique marketing asset (collection) [YNQE0000214] [Brun Dep Exh 38] | | | |
| 53. | Photograph of Younique marketing asset (collection) [YNQE0000216] [Brun Dep Exh 39] | | | |
| 54. | Photograph of Younique marketing asset (collection) [YNQE0000219] [Brun Dep Exh 41] | | | |
| 55. | Photograph, closeup of woman's eyes  [YNQE0000245] [Brun Dep Exh 42] | | | |
| 56. | Photograph of Younique marketing asset (collection) [YNQE0000247] [Brun Dep Exh 44] | | | |
| 57. | Photograph of Lash Enhancer Tubes and Case  [YNQE0000253] [Brun Dep Exh 45] | | | |
| 58. | Youniqueproducts.com web page capture, "Moodstruck 3D Fiber Lashes"  [YNQE0000254] [Brun Dep Exh 46] | | | |
| 59. | Photograph of Younique product  [YNQE0000258] [Brun Dep Exh 47] | | | |
| 60. | Photograph of Younique marketing asset (tubes) [YNQE0000260] [Brun Dep Exh 48] | | | |
| 61. | Photograph, closeup of woman's eye and mascara brush [YNQE0000262] [Brun Dep Exh 49] | | | |

| No. of Exhibit | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 62. | Photograph, closeup of woman's eyes  [YNQE0000266] [Brun Dep Exh 50] | | | |
| 63. | Photograph of Lash Enhancer Tubes  [YNQE0000272] [Brun Dep Exh 51] | | | |
| 64. | 6/25/18; Pinterest page printout entitled, "Stephanie Miller-Brun (Stephslashstash) on Pinterest"  [Brun Dep Exh 56] | | | |
| 65. | 12/15/14; Younique Independent Presenter Agreement Effective December 15, 2014  [YNQE0000053-YNQE0000107] [Brun Dep Exh 57] | Object to relevance, even if relevant more likely to lead to prejudice, confusion or waste of time (FRE 403). | | |
| 66. | 9/20/16; Younique Independent Presenter Agreement  [YNQE0000001-YNQE0000052] [Brun Dep Exh 58] | Object to relevance, even if relevant more likely to lead to prejudice, confusion or waste of time (FRE 403). | | |
| 67. | The Younique Independent Presenter Agreement  [YNQE0000108-YNQE0000145] [Brun Dep Exh 59] | Object to relevance, even if relevant more likely to lead to prejudice, confusion or waste of time (FRE 403). | | |
| 68. | The Younique Independent Presenter Agreement  [YNQE0000146-YNQE0000197] [Brun Dep Exh 60] | Object to relevance, even if relevant more likely to lead to prejudice, confusion or waste of time (FRE 403). | | |
| 69. | 6/26/18; Email from Adam Gonnelli to Jonathan Moss and Sascha Henry transmitting Orlowsky reciepts   [Orlowsky Dep Exh 61] | Object to relevance. Orlowsky and all Tennessee claims are excluded.  Further object to lack of foundation, and that even if relevant more likely to lead to prejudice, confusion or waste of time. | | |

| No. of Exhibit | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 70. | 1/27/15; Screen shot identified by Orlowsky as commissions [Orlowsky Dep Exh 63] | Object to relevance. Orlowsky and all Tennessee claims are excluded.  Further object to lack of foundation, and that even if relevant more likely to lead to prejudice, confusion or waste of time. | | |
| 71. | 2/12/15; Orlowsky Instagram post  [Orlowsky Dep Exh 64] | Object to relevance. Orlowsky and all Tennessee claims are excluded.  Further object to lack of foundation, and that even if relevant more likely to lead to prejudice, confusion or waste of time. | | |
| 72. | 4/22/15; Orlowsky Instagram post  [Orlowsky Dep Exh 65] | Object to relevance. Orlowsky and all Tennessee claims are excluded.  Further object to lack of foundation, and that even if relevant more likely to lead to prejudice, confusion or waste of time. | | |
| 73. | 5/20/15; Orlowsky Instagram post  [Orlowsky Dep Exh 66] | Object to relevance. Orlowsky and all Tennessee claims are excluded.  Further object to lack of foundation, and that even if relevant more likely to lead to prejudice, confusion or waste of time. | | |

| No. of Exhibit | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 74. | 6/3/15; Orlowsky Instagram post  [Orlowsky Dep Exh 67] | Object to relevance. Orlowsky and all Tennessee claims are excluded.  Further object to lack of foundation, and that even if relevant more likely to lead to prejudice, confusion or waste of time. | | |
| 75. | 7/6/15; Orlowsky Instagram post  [Orlowsky Dep Exh 68] | Object to relevance. Orlowsky and all Tennessee claims are excluded.  Further object to lack of foundation, and that even if relevant more likely to lead to prejudice, confusion or waste of time. | | |
| 76. | 7/7/15; Orlowsky Instagram post  [Orlowsky Dep Exh 69] | Object to relevance. Orlowsky and all Tennessee claims are excluded.  Further object to lack of foundation, and that even if relevant more likely to lead to prejudice, confusion or waste of time. | | |
| 77. | 7/9/15; Orlowsky Instagram post  [Orlowsky Dep Exh 70] | Object to relevance. Orlowsky and all Tennessee claims are excluded.  Further object to lack of foundation, and that even if relevant more likely to lead to prejudice, confusion or waste of time. | | |

| No. of Exhibit | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 78. | 8/5/15; Orlowsky Instagram post  [Orlowsky Dep Exh 73] | Object to relevance. Orlowsky and all Tennessee claims are excluded.  Further object to lack of foundation, and that even if relevant more likely to lead to prejudice, confusion or waste of time. | | |
| 79. | 8/6/15; Orlowsky Instagram post  [Orlowsky Dep Exh 74] | Object to relevance. Orlowsky and all Tennessee claims are excluded.  Further object to lack of foundation, and that even if relevant more likely to lead to prejudice, confusion or waste of time. | | |
| 80. | 8/8/15; Orlowsky Instagram post  [Orlowsky Dep Exh 75] | Object to relevance. Orlowsky and all Tennessee claims are excluded.  Further object to lack of foundation, and that even if relevant more likely to lead to prejudice, confusion or waste of time. | | |
| 81. | 8/8/15; Orlowsky Instagram post  [Orlowsky Dep Exh 76] | Object to relevance. Orlowsky and all Tennessee claims are excluded.  Further object to lack of foundation, and that even if relevant more likely to lead to prejudice, confusion or waste of time. | | |

| No. of Exhibit | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 82. | 10/4/15; Orlowsky Instagram post  [Orlowsky Dep Exh 77] | Object to relevance. Orlowsky and all Tennessee claims are excluded.  Further object to lack of foundation, and that even if relevant more likely to lead to prejudice, confusion or waste of time. | | |
| 83. | 10/14/15; Orlowsky Instagram post  [Orlowsky Dep Exh 78] | Object to relevance. Orlowsky and all Tennessee claims are excluded.  Further object to lack of foundation, and that even if relevant more likely to lead to prejudice, confusion or waste of time. | | |
| 84. | 11/13/14; Orlowsky Instagram post  [Orlowsky Dep Exh 79] | Object to relevance. Orlowsky and all Tennessee claims are excluded.  Further object to lack of foundation, and that even if relevant more likely to lead to prejudice, confusion or waste of time. | | |
| 85. | 12/7/14; Orlowsky Instagram post  [Orlowsky Dep Exh 80] | Object to relevance. Orlowsky and all Tennessee claims are excluded.  Further object to lack of foundation, and that even if relevant more likely to lead to prejudice, confusion or waste of time. | | |

| No. of Exhibit | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 86. | 8/27/12; Email from Siz Plus to Melanie Huscroft [YNQE001153-YNQE0001173] | Incomplete document, no objections if redactions removed. | | |
| 87. | 11/15/12; Email thread from Melanie Huscroft to may@sixplustrde.com and Derek Maxfield  [YNQE0001840-YNQE0001843]  [Ranallo's PMK Dep Binder] | | | |
| 88. | 9/23/13; Younique purchase order to Six Plus Trade Co [YNQE0002255-YNQE0002255]  [Ranallo's PMK Dep Binder] | Incomplete document, no objections if redactions removed. | | |
| 89. | 10/28/13; Younique purchase order to Six Plus Trade Co [YNQE0002330-YNQE0002333]  [Ranallo's PMK Dep Binder] | Incomplete document, no objections if redactions removed. | | |
| 90. | 11/8/13; Younique purchase order to Six Plus Trade Co [YNQE0002155-YNQE0002158]  [Ranallo's PMK Dep Binder] | Incomplete document, no objections if redactions removed. | | |
| 91. | 11/12/13; Younique purchase order to Senos Marketing Limited [YNQE0002306-YNQE0002309]  [Ranallo's PMK Dep Binder] | Incomplete document, no objections if redactions removed. | | |
| 92. | 11/12/13; Younique purchase order to Senos Marketing Limited [YNQE0002310-YNQE0002313]  [Ranallo's PMK Dep Binder] | Incomplete document, no objections if redactions removed. | | |
| 93. | 11/25/13; Younique purchase order to Senos Marketing Limited [YNQE0002249-YNQE0002252]  [Ranallo's PMK Dep Binder] | Incomplete document, no objections if redactions removed. | | |
| 94. | 11/25/13; Younique purchase order to Senos Marketing Limited [YNQE0002284-YNQE0002287]  [Ranallo's PMK Dep Binder] | Incomplete document, no objections if redactions removed. | | |
| 95. | 11/25/13; Younique purchase order to Senos Marketing Limited [YNQE0002297-YNQE0002300]  [Ranallo's PMK Dep Binder] | Incomplete document, no objections if redactions removed. | | |
| 96. | 11/25/13; Younique purchase order to Senos Marketing Limited [YNQE0002169-YNQE0002172]  [Ranallo's PMK Dep Binder] | Incomplete document, no objections if redactions removed. | | |

| No. of Exhibit | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 97. | 12/16/13; Younique purchase order to Senos Marketing Limited [YNQE0002916-YNQE0002919]  [Ranallo's PMK Dep Binder] | Incomplete document, no objections if redactions removed. | | |
| 98. | 12/16/13; Younique purchase order to Senos Marketing Limited [YNQE0002090-YNQE0002093]  [Ranallo's PMK Dep Binder] | Incomplete document, no objections if redactions removed. | | |
| 99. | 12/16/13; Younique purchase order to Senos Marketing Limited [YNQE0002179-YNQE0002182]  [Ranallo's PMK Dep Binder] | Incomplete document, no objections if redactions removed. | | |
| 100. | 3/14/18; Plaintiffs' Response to Defendants Requests for Production Propounded to Plaintiff Deana Reilly, Set No. One [Reilly Dep Exh 97] *Offered for limited purpose* | .  Any alleged failure to produce documents in discovery is not an issue that is properly before the jury.  Defendant has not made any motion in limine for a negative inference regarding any failure to produce other discovery documents. | | |
| 101. | 5/18/18; Plaintiffs' Response to Defendant's Requests for Production Propounded to Plaintiff Deana Reilly, Set No. Two [Reilly Dep Exh 98] *Offered for limited purpose* | Any alleged failure to produce documents in discovery is not an issue that is properly before the jury.  Defendant has not made any motion in limine for a negative inference regarding any failure to produce other discovery documents.. | | |

| No. of Exhibit | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 102. | 3/14/18; Plaintiffs' Response to Defendants Special Interrogatories Propounded to Plaintiff Deana Reilly, Set No. One   [Reilly Dep Exh 99] *Offered for limited purpose* | Plaintiffs' Objection: Any alleged failure to produce documents in discovery is not an issue that is properly before the jury.  Defendant has not made any motion in limine for a negative inference regarding any failure to produce other discovery documents. | | |
| 103. | 2/14/18; Defendant Younique, LLC's Requests for Production Propounded to  Plaintiff Megan Schmitt, Set No. One  [Schmitt Dep Exh 101] *Offered for limited purpose* | Any alleged failure to produce documents in discovery is not an issue that is properly before the jury.  Defendant has not made any motion in limine for a negative inference regarding any failure to produce other discovery documents. | | |
| 104. | 3/17/18; Plaintiffs' Response to Defendants Requests for Production Propounded to Plaintiff Megan Schmitt, Set No. One [Schmitt Dep Exh 102] *Offered for limited purpose* | Any alleged failure to produce documents in discovery is not an issue that is properly before the jury.  Defendant has not made any motion in limine for a negative inference regarding any failure to produce other discovery documents. | | |

| No. of Exhibit | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 105. | 5/18/18; Plaintiffs' Response to Defendant's Requests for Production Propounded to Plaintiff Megan Schmitt, Set No. Two [Schmitt Dep Exh 104] *Offered for limited purpose* | Plaintiffs' Objection: Any alleged failure to produce documents in discovery is not an issue that is properly before the jury.  Defendant has not made any motion in limine for a negative inference regarding any failure to produce other discovery documents. | | |
| 106. | 3/14/18; Plaintiffs' Response to Defendants Special Interrogatories Propounded to Plaintiff Megan Schmitt, Set No. One  [Schmitt Dep Exh 105] *Offered for limited purpose.* | Plaintiffs' Objection: Any alleged failure to produce documents in discovery is not an issue that is properly before the jury.  Defendant has not made any motion in limine for a negative inference regarding any failure to produce other discovery documents. | | |
| 107. | *7/25/17; Photograph of steno pad with handwritten notes [McFadden Dep Exh 2] | | | |
| 108. | *Younique Product Insert Located in Eyeglass Case  [McFadden Dep Exh 4] | | | |
| 109. | *Insert Located in Shipping Box, Younique Mood Struck Minerals Pigment Powders Set of Four  [McFadden Dep Exh 5] | | | |
| 110. | *Forensic Lab Identification of Fibers  [MCFADDEN000053-MCFADDEN000064] [McFadden Dep Exh 10] | | | |
| 111. | *PPS Morphi Automated Fiber Analysis  [MCFADDEN000073-MCFADDEN000074] [McFadden Dep Exh 11] | | | |

| No. of Exhibit | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 112. | *5/16/17; AIC Wiki article titled Fiber Identification [MCFADDEN000028-MCFADDEN000036]  [McFadden Dep Exh 12] | | | |
| 113. | *Fiber Identification by Technical Test  [MCFADDEN000037-MCFADDEN000040]  [McFadden Dep Exh 13] | | | |
| 114. | *7/24/17; Email thread from Joanne McFadden to jmcfadden regarding fiber testing  [MCFADDEN000016-MCFADDEN000016]  [McFadden Dep Exh 14] | | | |
| 115. | *Impact Analytical Sample Submission Form [MCFADDEN000077-MCFADDEN000078]  [McFadden Dep Exh 15] | | | |
| 116. | *7/25/17; Email thread from Bob Everts to Jeff McFadden [MCFADDEN000020-MCFADDEN000021]  [McFadden Dep Exh 16] | | | |
| 117. | *7/25/17; Email thread from Deena Conrad-Vlasak to Jeff McFadden regarding quote for fiber analysis [MCFADDEN000022-MCFADDEN000023]  [McFadden Dep Exh 18] | | | |
| 118. | *7/25/17; Email thread from Deena Conrad-Vlasak to Jeff McFadden regarding quote for fiber analysis [MCFADDEN000018-MCFADDEN000019]  [McFadden Dep Exh 19] | | | |
| 119. | Senos Manufacturing Agreement [YNQE0003081-YNQE0003087] | Incomplete document, no objections if redactions removed. | | |
| 120. | Brun YouTube video, https://www.youtube.com/watch?v=97wKoHB2Svg | | | |

| No. of Exhibit | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 121. | Orlowsky YouTube video, https://www.youtube.com/watch?v=_N_1UedBZpY | Object to relevance. Orlowsky and all Tennessee claims are excluded.  Further object to lack of foundation, and that even if relevant more likely to lead to prejudice, confusion or waste of time. | | |
| 122. | Dr. Jonathan Tomlin Report October 2018 with Exhibits | | | |