# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACV 17-1397 JVS(JDEx) |
| Date | February 5, 2019 |
| Title | Megan Schmitt v. Younique LLC |

Present: The Honorable James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** (IN CHAMBERS) Order to Show Cause re Class Counsel

    Under Rule 23(g)(1), (4) of the Federal Rules of Civil Procedure, the Court has the responsibility to appoint counsel with sufficient expertise and experience to fairly and adequately represent the interests of a proposed class. The Court made such a finding as part of the class certification process. (Docket No. 149, pp. 10-11.)

    The Court is disturbed that class counsel failed to address the issue of notice as part of the class certification process. The Court is further disturbed that no explanation for this lapse was provided in the parties' joint motion to continue the trial. (See Docket Nos. 186, 186-1.) This causes the Court to questions its initial appointment of counsel.

    Class counsel are directed to show cause in writing within fifteen days why the Court should not reconsider the appointment class counsel in light of counsel's performance to date and the requirements of Rule 23(g)(1) and (4). Younique, LLC may but is not required to file a response within seven days thereafter.

| | : | 00 |
|---|---|---|
| | Initials of Preparer | kjt |