# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>YOUNIQUE, LLC,<br><br>        Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>**ORDER RE PARTIES' MOTION TO ADJOURN TRIAL DATE AND PLAINTIFFS' MOTION TO DISSEMINATE NOTICE OF CLASS CERTIFICATION**<br><br>Date: March 4, 2019<br>Time: 1:30 p.m.<br>Dept.: 10C<br><br>Complaint Filed: 8/17/17<br>Pretrial Conference: 2/4/19<br>Trial Date: 2/19/19 |

The Court, having considered the Parties' Motion to Adjourn Trial Date and Plaintiffs' Motion to Disseminate Notice of Class Certification, hereby issues the following order:

IT IS HEREBY ORDERED:

1. The trial date is hereby vacated.  The Court sets a trial setting conference for June 3, 2019, 11:00 a.m.

2. Defendant will provide the names, email addresses, addresses, and phone numbers of the Class Members to Plaintiffs' counsel within ten (10) days of this Order.

3. Plaintiffs are authorized to send notice of the Court's class certification decision (Dkt. 149) to the Class Members by email, social media publication, and, if necessary, by first class mail.

4. The forms of notice submitted by Plaintiffs are approved. Notice shall be

disseminated by email within thirty (30) days of Plaintiff's receipt of the Class members' contact information from Defendant.

5. Class Members will have 75 days from dissemination of the Class Notice to opt out of the case.

Dated: _February 05, 2019_____  _____
HON JAMES V. SELNA
UNITED STATES DISTRICT JUDGE