1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2     Including Professional Corporations
SASCHA HENRY, Cal. Bar No. 191914
3  JONATHAN D. MOSS, Cal. Bar No. 252376
shenry@sheppardmullin.com
4  jmoss@sheppardmullin.com
333 South Hope Street, 43rd Floor
5  Los Angeles, CA 90071-1422
Telephone:  213.620.1780
6  Facsimile:  213.620.1398

**DENIED**

BY ORDER OF THE COURT

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
8     Including Professional Corporations
ABBY H. MEYER, Cal. Bar No. 294947
9  ameyer@sheppardmullin.com
650 Town Center Drive, Fourth Floor
10  Costa Mesa, CA 92626-1993
Telephone:  714.513.5100
11  Facsimile:  714.513.5130

12  Attorneys for Defendant Younique, LLC

13

14  **UNITED STATES DISTRICT COURT**

15  **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

16

17  MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,

Case No. 8:17-cv-01397-JVS-JDE

**[PROPOSED] ORDER GRANTING DEFENDANT YOUNIQUE, LLC'S *EX PARTE* APPLICATION TO POSTPONE ENFORCEMENT OF THE COURT'S ORDER GRANTING LEAVE TO DISSEMINATE CLASS NOTICE (DKT. 191)**

18

19

20            Plaintiffs,

21        v.

22  YOUNIQUE, LLC

The Hon. James V. Selna
Santa Ana, Courtroom 10C

23           Defendant.

24  SACC filed:     January 4, 2018

25

26

27

28

-1-

[PROPOSED] ORDER GRANTING DEFENDANT YOUNIQUE, LLC'S
EX PARTE APPLICATION TO STAY CLASS NOTICE ORDER

**[PROPOSED] ORDER**

Pursuant to Local Rule 7-19, the Court finds there is GOOD CAUSE to grant Defendant Younique, LLC's *Ex Parte* Application To Postpone Enforcement Of The Court's Order Granting Leave To Disseminate Class Notice (Dkt. 191).

The Court hereby vacates its Order Granting Plaintiffs Leave To Disseminate Class Notice (Dkt. 191), and will address it after it rules on Defendant's Motion to Exclude Donald May, Ph.D. (Dkt. 146).

**IT IS SO ORDERED.**

<span style="color:red">**DENIED**</span>

BY ORDER OF THE COURT

Dated:  February 07, 2019

_____

Hon. James V. Selna
United States District Judge