SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SASCHA HENRY, Cal. Bar No. 191914
JONATHAN D. MOSS, Cal. Bar No. 252376
shenry@sheppardmullin.com
jmoss@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ABBY H. MEYER, Cal. Bar No. 294947
ameyer@sheppardmullin.com
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendant Younique, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>YOUNIQUE, LLC<br><br>  Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>JOINT STIPULATION CONTINUING TRIAL SETTING CONFERENCE AND HEARING ON YOUNIQUE, LLC'S MOTION FOR DECERTIFICATION<br><br>The Hon. James V. Selna<br>Santa Ana, Courtroom 10C<br><br>SACC filed:    January 4, 2018 |

-1-

1  WHEREAS the Court set a trial setting conference for May 13, 2019
2  (Dkt. 237), which, following stipulation, the Court most recently continued to June
3  17, 2019 (Dkt. 239);

5  WHEREAS the hearing on defendant Younique, LLC's motion for
6  decertification had also been continued most recently to June 17, 2019 (Dkt. 242);

8  WHEREAS counsel for plaintiffs and defendant believe that their clients have
9  reached an agreement in principle, and counsel are in the process of reducing to a
10 written terms sheet for their clients' confirmations to be followed by a written
11 settlement agreement.

13 The parties, through their counsel, hereby STIPULATE and REQUEST as
14 follows:

16 1.  The trial setting conference and hearing on defendant's motion to
17 decertify be taken off calendar; and

19 2.  The deadline by which plaintiffs will file a motion for preliminary
20 approval is July 29, 2019.

22 IT IS SO STIPULATED.

24 Dated: June 14, 2019       SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

By: */s/ Abby Meyer*
Sascha Henry, Esq.
Jonathan D. Moss, Esq.

|   |   |
|---|---|
| | Abby H. Meyer, Esq. |
| | Attorneys for Defendant Younique, LLC |

Dated:  June 14, 2019    THE SULTZER LAW GROUP P.C.


By:  */s/ Jason Sultzer*
　　　Jason P. Sultzer, Esq.
　　　Joseph Lipari, Esq.
　　　Adam Gonnelli, Esq.
　　　Attorneys for Plaintiffs Megan Schmitt, Deana Reilly, Carol Orlowsky and Stephanie Miller Brun

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Executed this 14th day of June 2019 at Costa Mesa, California.


　　　　　　　　　　　　　*/s/ Abby Meyer*
　　　　　　　　　　　　　ABBY MEYER