SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SASCHA HENRY, Cal. Bar No. 191914
JONATHAN D. MOSS, Cal. Bar No. 252376
shenry@sheppardmullin.com
jmoss@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ABBY H. MEYER, Cal. Bar No. 294947
ameyer@sheppardmullin.com
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendant Younique, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUNIQUE, LLC<br><br>Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>ORDER RE JOINT STIPULATION CONTINUING TRIAL SETTING CONFERENCE AND HEARING ON YOUNIQUE, LLC'S MOTION FOR DECERTIFICATION<br><br>The Hon. James V. Selna<br>Santa Ana, Courtroom 10C<br><br>SACC filed:    January 4, 2018 |

-1-

**ORDER**

The Court, having considered the Parties' joint stipulation and, finding good cause to modify the schedule, hereby orders:

The following dates and deadlines are vacated, and shall be modified as follows:

a. The trial setting conference and hearing on defendant's motion to decertify be taken off calendar; and

b. The deadline by which plaintiffs will file a motion for preliminary approval is July 29, 2019.

**IT IS SO ORDERED.**

Dated: June 14, 2019

_____
Hon. James V. Selna
United States District Judge