# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>YOUNIQUE, LLC<br><br>　　　　Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>**ORDER RE: JOINT STIPULATION EXTENDING TIME TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>*Filed concurrently with Joint Stipulation Extending Time to File Motion for Preliminary Approval*<br><br>The Hon. James V. Selna<br>Santa Ana, Courtroom 10C<br><br>SACC filed:　　　January 4, 2018 |

**ORDER**

The Court, having considered the Parties' joint stipulation and finding good cause to modify the schedule, hereby orders:

The following date and deadline is vacated, and shall be modified as follows:

The deadline for Plaintiffs to file their motion for preliminary approval, previously scheduled for July 29, 2019 (Dkt. 244), is extended to August 12, 2019.

**IT IS SO ORDERED.**

Dated:  July 26, 2019

_____
Hon. James V. Selna
United States District Judge