# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,

        Plaintiffs,

    v.

YOUNIQUE, LLC,

        Defendant.

Case No. 8:17-cv-01397-JVS-JDE

**ORDER GRANTING ADDITIONAL PAGES TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**

The Hon. James V. Selna, Santa Ana, Courtroom 10C

Complaint Filed: 8/17/17
Trial Date: None Set

## ORDER

The Court, having considered the parties' stipulation, and finding good cause to grant additional pages to Plaintiffs' Motion for Preliminary Approval, hereby orders that the motion for preliminary approval may have additional pages, up to and including 30 pages total for the motion.

IT IS SO ORDERED.

Dated: August 09, 2019

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1