**NYE STIRLING HALE & MILLER, LLP**
Jonathan D. Miller (CA 220848)
Alison M. Bernal (CA 264629)
jonathan@nps-law.com
alison@nshmlaw.com
33 West Mission St., Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345
Facsimile: (805) 284-9590

**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com
1350 Columbia Street, Ste. 603
San Diego, CA 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991

*Attorneys for Plaintiffs and the Class*
*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>YOUNIQUE, LLC,<br><br>　　　　Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF NOTICE PLAN**<br><br>Complaint Filed: 8/17/17 |

Plaintiffs MEGAN SCHMITT, DEANA REILLY, and STEPHANIE MILLER BRUN, ("Plaintiffs") respectfully move this Court for an Order preliminarily approving the proposed class action settlement ("Settlement"), approving the form of notice, and scheduling the final approval hearing as set forth in the Settlement Agreement attached as Exhibit 1 to the Declaration of Adam Gonnelli ("Gonnelli Declaration"). Specifically, the Parties ask that the Court enter the proposed Order, thereby

1. granting Preliminary Approval of the Settlement;

2. approving the proposed Notice Program;

3. appointing the Heffler Claims Group as Settlement Administrator and directing it to commence the Notice Program;

4. conditionally certifying the proposed Class for the purposes of Settlement;

5. appointing Plaintiffs and certain other class members as Class Representatives for the Settlement Class and their counsel as Class Counsel for the Settlement Class; and

6. setting a schedule for settlement procedures filings and scheduling a Final Approval Hearing.

In support of this Unopposed Motion, Plaintiffs rely on the attached Memorandum of Law, the Declarations of Adam Gonnelli and Scott Fenwick and their supporting exhibits, all documents filed therewith, and the arguments of counsel.

Respectfully submitted on this 12th day of August, 2019.

*Signatures of counsel on following page.*

Dated: August 12, 2019

NYE, STIRLING, HALE & MILLER, LLP

By: /s/
Jonathan D. Miller (CA 220848)
Alison M. Bernal (CA 264629)
33 West Mission St., Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345
Facsimile: (805) 284-9590
jonathan@nshmlaw.com
alison@nshmlaw.com

CARLSON LYNCH SWEET
KILPELA & CARPENTER, LLP

By: /s/
Todd D. Carpenter (CA 234464)
1350 Columbia Street, Ste. 603
San Diego, CA 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991
tcarpenter@carlsonlynch.com

THE SULTZER LAW GROUP P.C.

By: /s/
Adam Gonnelli, Esq.
280 Highway 35, Suite 304
Red Bank, NJ 07701
Tel: (732) 741-4290
Fax: (888) 749-7747
gonnellia@thesultzerlawgroup.com

WALSH, LLC

By: /s/
Bonner Walsh, Esq.
1561 Long Haul Road
Grangeville, ID 83530
Tel: (541) 359-2827
Fax: (866) 503-8206
bonner@walshpllc.com

*Attorneys for Plaintiffs and the Class*