**NYE STIRLING HALE & MILLER, LLP**
Jonathan D. Miller (CA 220848)
Alison M. Bernal (CA 264629)
jonathan@nshmlaw.com
alison@nshmlaw.com
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345
Facsimile: (805) 284-9590

Attorneys for Plaintiffs and the Class
*[Additional Counsel Listed on Signature Page]*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN SCHMITT, DEANA REILLY, CAROL ORLOWSKY, and STEPHANIE MILLER BRUN, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUNIQUE, LLC,<br><br>Defendant. | Case No. 8:17-cv-01397-JVS-JDE<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES TO CLASS COUNSEL AND SERVICE AWARDS**<br><br>Complaint Filed: 8/17/17 |

Plaintiffs Megan Schmitt, Deana Reilly, and Stephanie Miller-Brun ("Plaintiffs") respectfully move this Court for an Order granting payment of $1,083,333.33 (one-third of the $3,125,000 Settlement Fund[1]) for Class Counsel's attorneys' fees and $152,744.79 for reimbursement of Class Counsel's litigation

---

[1] Any terms not otherwise defined herein have the same meaning as in the Class Settlement Agreement ("S.A."), attached as Exhibit A to the concurrently filed Declaration of Adam Gonnelli in support of Plaintiffs' Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses to Class Counsel and Service Awards.

-1-

1  expenses. Plaintiffs further seek an order granting Service Awards of $15,000 each
2  to Plaintiffs Megan Schmitt, Stephanie Miller-Brun, and Deana Reilly, $2,500 to
3  Kristen Bowers, and $500 each to Brenna Kelly-Starkebaum, Aschley Willey and
4  Meagan Nelson for their efforts and contributions to this litigation.

5       In support of this motion, Plaintiffs rely upon the accompanying Memorandum
6  of Law; the accompanying Declarations of Michael E. Hamer, Adam Gonnelli,
7  Bonner C. Walsh, Alison M. Bernal, Davis Pastor, Thomas J. Hershewe, Phil LeVota
8  and Edwin J. Kilpela, Jr. in support of Plaintiffs' motion; the supporting exhibits to
9  the foregoing declarations; all the pleadings and documents on file in this action; and
10 such other matters as may be presented at or before the hearing.

11      Respectfully submitted on this 18th day of November, 2019.

13  Dated: November 18, 2019        NYE, STIRLING, HALE & MILLER, LLP

14                                  By:  /s/ Jonathan D. Miller
                                    Jonathan D. Miller, Esq.
15                                  Alison M. Bernal, Esq.
                                    33 W. Mission Street, Suite 201
16                                  Santa Barbara, CA 93101
                                    Telephone: (805) 963-2345
17                                  Facsimile: (805) 284-9590
                                    jonathan@nshmlaw.com
18                                  alison@nshmlaw.com

19  Dated: November 18, 2019        CARLSON LYNCH

20                                  By:  /s/ Edwin J. Kilpela, Jr.
                                    Edwin J. Kilpela, Jr., Esq.
21                                  1350 Columbia Street, Ste. 603
                                    San Diego, CA 92101
22                                  Telephone: (619) 762-1900
                                    Facsimile: (619) 756-6991
23                                  tcarpenter@carlsonlynch.com

25                                  *Additional Counsel Listed Below*

-2-

Dated: November 18, 2019          THE SULTZER LAW GROUP P.C.

By: */s/ Adam Gonnelli*
_____
Adam Gonnelli, Esq.
280 Highway 35, Suite 304
Red Bank, NJ 07701

Telephone: (732) 741-4290
Facsimile: (888) 749-7747
gonnellia@thesultzerlawgroup.com

Dated: November 18, 2019          WALSH, PLLC

By: */s/ Bonner Walsh*
_____
Bonner Walsh, Esq.
1561 Long Haul Road
Grangeville, ID 83530
Tel: (541) 359-2827
Fax: (866) 503-8206
bonner@walshpllc.com

*Attorneys for Plaintiffs and the Class*

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND
REIMBURSEMENT OF LITIGATION EXPENSES TO CLASS COUNSEL AND SERVICE AWARDS